**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

FILED & ENTERED

OCT 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Duplex At Sleepy Hollow, LLC,<br><br>Alleged Debtor and<br>Debtor-in-Possession.<br><br>☐ Affects Duplex At Sleepy Hollow, LLC<br>☐ Affects 777 at Laguna, LLC<br>☐ Affects Cliff Drive Properties DE, LLC<br>☐ Affects Laguna Festival Center, LLC<br>☐ Affects 694 NCH Apartments, LLC<br>☐ Affects Retreat at Laguna Villas, LLC<br>☐ Affects 891 Laguna Canyon Road, LLC<br>☐ Affects Heisler Laguna, LLC<br>☐ Affects Sunset Cove Villas, LLC<br>☐ Affects Laguna Arts District Complex, LLC<br>☒ Affects All Debtors | Case No.: 8:25-bk-12892-SC<br><br>INVOLUNTARY CHAPTER 11<br><br>(Jointly Administered with Case Nos.<br>8:25-bk-12893-SC;<br>8:25-bk-12894-SC;<br>8:25-bk-12895-SC;<br>8:25-bk-12896-SC;<br>8:25-bk-12898-SC;<br>8:25-bk-12899-SC;<br>8:25-bk-12900-SC;<br>8:25-bk-12901-SC; and<br>8:25-bk-12902-SC)<br><br>**SUPPLEMENTAL ORDER REQUIRING DISCLOSURES BY PETITIONING CREDITORS** |

The Court has *sua sponte* considered its Order Requiring Disclosures by Petitioning Creditors (the "Disclosure Order") entered October 22, 2025 [Dk. 11] and determined the original Disclosure Order fails to include a standard inquiry inadvertently omitted by the Court. Accordingly, the Court finds good cause to issue this Order to supplement the original Disclosure Order. This Order does not supersede or alter the

-1-

disclosures required by the original Disclosure Order; this Order in no way excuses disclosure(s) described in the original Disclosure Order; and this Order in no way permits or justifies any and all nondisclosure, incomplete disclosure, or any other disclosure inconsistent with the original Disclosure Order.[1]

Involuntary bankruptcy petitions initiating the above-referenced chapter 11 cases (the "Involuntary Cases") were filed on October 15, 2025. Each if these cases are affiliated and were preceded by the filing and dismissal of twenty-two (22) jointly administered affiliated chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (collectively, the "Delaware Chapter 11 Cases").[2] The Involuntary Cases were administratively consolidated by this Court on October 17, 2025.

In order to efficiently manage its docket and calendar, as well as to more fully appreciate the filing and nature of the Involuntary Cases and the interconnection of the Petitioning Creditors and the various Alleged Debtors, and with the understanding that at this time the Government of the United States, and its agencies the Department of Justice and the Office of the United States Trustee, are not generally operational because of the lack of Congressional funding, this Court orders supplemental disclosures as follows:

Counsel shall, as specifically set forth below and in a manner consistent with this Order and the original Disclosure Order, timely file the disclosure described below in the category "Declaration by Counsel," hereinafter collectively described as "Additional Disclosures." Counsel shall make each and every Additional Disclosure to the fullest

---

[1] As used herein: "Petitioning Creditors" refers to the creditors who signed any involuntary petition in any of the Involuntary Cases; "Alleged Debtors" refers to each entity against whom an involuntary petition was filed in these jointly administered cases; "Petition Date" means October 15, 2025, unless otherwise specified; and "Counsel" refers to counsel of record for the Petitioning Creditors in these cases.

[2] The debtors in the Delaware Chapter 11 Cases were: MOM CA Investco LLC; MOM AS Investco LLC; MOM BS Investco LLC; Retreat at Laguna Villas, LLC; Sunset Cove Villas, LLC; Duplex at Sleepy Hollow, LLC; Cliff Drive Properties DE, LLC; 694 NCH Apartments, LLC; Heisler Laguna, LLC; Laguna Festival Center, LLC;, 891 Laguna Canyon Road, LLC; 777 AT Laguna, LLC; Laguna Art District Complex, LLC; Tesoro Redlands DE, LLC; Aryabhata Group LLC; Hotel Laguna, LLC; 4110 West 3rd Street DE, LLC; 314 S. Harvard DE, LLC; Laguna HI, LLC; Laguna HW, LLC; The Masters Building, LLC; and 837 Park Avenue, LLC. The Delaware chapter 11 cases were jointly administered, for procedural purposes only, under lead case In re MOM CA Investco LLC, et al., Case No. 25-10321 (BLS).

extent possible and shall provide the Court with any and all pertinent information. Counsel shall specifically denote any and all Additional Disclosures made without Counsel's personal knowledge and/or on information and belief.  Counsel shall clearly denote any and all persons or entities with personal knowledge of those Additional Disclosures made by Counsel without personal knowledge and/or on information and belief.  As applicable, Counsel shall describe any and all circumstances limiting Counsel's personal knowledge of the required Additional Disclosures.  This Order is subject to further supplementation or amendment at any future date as required by the Court and according to the Court's discretion.

      1. <u>Declaration by Counsel</u>. Within seven (7) days of the entry of this Order, Counsel for each and every Petitioning Creditor shall file with the Court a sworn declaration identifying all legal counsels or law firms with which Petitioning Creditors or their Counsels have (i) directly or indirectly contacted, solicited, or made inquiry to; (ii) notified attorneys or law firms of an existing need for Alleged Debtor representation in these affiliated cases, or otherwise informed, encouraged, or communicated to such legal counsels or law firms, the availability of legal counsel representation by any Alleged Debtor(s) in these affiliated cases. The Declaration shall include the names, mailing and email addresses of all counsels or firms contacted, shall describe whether and, if so, when and with whom communication occurred after the initial contact, and all information regarding communications of any proposed compensation to those counsels or firms, including the sources of such compensation, the amount of compensation, and whether such compensation has been made or is intended to be made.

**IT IS SO ORDERED.**

Date: October 24, 2025

Scott C. Clarkson
United States Bankruptcy Judge