HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA. M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-mail: dhaberbush@lbinsolvency.com

Attorneys for Petitioning Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Duplex At Sleepy Hollow, LLC,<br><br>Alleged Debtor and<br>Debtor-in-Possession<br><br>☐ Affects Duplex at Sleepy Hollow, LLC<br>☐ Affects 777 at Laguna, LLC<br>☐ Affects Cliff Drive Properties DE, LLC<br>☐ Affects Laguna Festival Center, LLC<br>☐ Affects 694 NCH Apartments, LLC<br>☐ Affects Retreat at Laguna Villas, LLC<br>☐ Affects 891 Laguna Canyon Road, LLC<br>☐ Affects Heisler Laguna, LLC<br>☐ Affects Sunset Cove Villas, LLC<br>☐ Affects Laguna Arts District Complex, LLC<br>■ Affects All Debtors | Case No. 8:25-bk-12892-SC<br><br>**Involuntary Chapter 11**<br><br>(Jointly Administered with Case Nos.<br>8:25-bk- 12893-SC<br>8:25-bk- 12894-SC<br>8:25-bk- 12895-SC<br>8:25-bk- 12896-SC<br>8:25-bk- 12898-SC<br>8:25-bk- 12899-SC<br>8:25-bk- 12900-SC<br>8:25-bk- 12901-SC and<br>8:25-bk- 12902-SC)<br><br>**PETITIONING CREDITORS' INITIAL RESPONSE TO ORDER REQUIRING DISCLOSURES BY PETITIONING CREDITORS; DECLARATION OF IOANNIS XILIKAKIS; DECLARATION OF JENNIFER LOVELACE ; DECLARATION OF JACK B. OLSON; DECLARATION OF DAVID R HABERBUSH**<br><br>**Hearing Date**<br>Date: December 9, 2025<br>Time: 11:00 AM<br>Place: Courtroom 5C<br>411 W. 4th Street,, Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND THE ABOVE-CAPTIONED ALLEGED DEBTORS AND DEBTORS-IN-POSSESSION:

Coastline Santa Monica Investments, LLC, Vierergruppe Management, Inc., and Specialty DIP, LLC, Petitioning Creditors, hereby file their initial response to the Order Requiring Disclosures by Petitioning Creditors entered October 22, 2025:

| Legal Name | Coastline Santa Monica Investments, LLC | Vierergruppe Management, Inc. | Specialty DIP, LLC |
|---|---|---|---|
| Address | 520 Newport Center Drive, Suite 480 Newport Beach, CA 92660 | 1932 Deere Ave., Suite 150 Santa Ana, CA 92705 | 5175 Princess Anne Road La Canada, CA 91011 |
| email address | ixyanis@yahoo.com | jennifer@vgruppemanagement.com | bhajneepsingh@gmail.com |
| Controlling individual/manager | Manager- Ioannis Xilikakis 23572 Duryea Drive Lake Forest, CA 92630 | CEO, CFO, Secretary- Jennifer Lovelace 820 11th Street Huntington Beach, CA 92648 | Manager- Jack Olsen 5175 Princess Anne Road La Canada, CA 91011 |
| Amount owed on October 15, 2025 | $31,916,633.47, per ledger Exhibit "2" referenced in the Declaration of Ioannis Xilikakis | $325,000, per ledger Exhibit "6" referenced in the Declaration of Jennifer Lovelace | $1,002,500, per ledger Exhibits "10-14" referenced in the Declaration of Jack B. Olsen |

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

| Basis for claim | Promissory Note, Exhibit "1" referenced in the Declaration of Ioannis Xilikakis | Property Management Agreements, Exhibits "3", "4" and "5," referenced in the Declaration of Jennifer Loveless | Credit Agreement Approved by Bankruptcy Court, Exhibits "7", "8" and "7" referenced in the Declaration of Jack B. Olsen |
|---|---|---|---|
| Promissory Note | Yes | No | No |
| Loan Agreement | No | No | Yes, Exhibits "7" and "8" referenced in the Declaration of Jack B. Olson |
| Security Agreement | No | No | Yes, Exhibits "7" and "8" referenced in the Declaration of Jack B. Olson |
| UCC-1 Financing Statement | No | No | No |

| | | | | |
|---|---|---|---|---|
| Deed of Trust | No | No | Yes, for the $5 million loan authorized by the bankruptcy court but not for $1,002,500 in attorney's fees incurred in connection with the borrowing. True and correct copies of the deeds of trust are referenced in the Declaration of Declaration of Jack B. Olsonas Exhibits "9." |
| Amendments | No | No | Yes, Exhibit "" referenced in the Declaration of Yes, Exhibit "8" to the Declaration of Bhanjneet Singh Malik |
| Claim is disputed | No | No | No |
| Claim is unliquidated | No | No | No |
| Claim is contingent | No | No | No |
| Collateral | None | None | $5 million is secured by Alleged Debtor's real properties |

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

| Source for valuation of collateral | Not applicable | Not applicable | Appraisals, to be provided. |
|---|---|---|---|
| Insider connections between Petitioning Creditor and Alleged Debtors | None | None | None |

Respectfully submitted,

HABERBUSH, LLP

Dated: November 5, 2025

By: _____
DAVID R. HABERBUISH, ESQ., Attorney for Petitioning Creditors

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

## DECLARATION OF IOANNIS XILIKAKIS

I, Ioannis Xilikakis, hereby declare and state:

1. I am an individual over the age of 18 years and have personal knowledge of the facts stated herein. If I were called as a witness I would and could competently testify to the following facts, under penalty of perjury.

2. I am and at all times relevant hereto have been the manager of Coastline Santa Monica Investments, LLC ("Coastline")

3. I am one of the custodians of the books, records and files of Coastline that pertain to loans and extensions of credit given collectively to: Laguna Festival Center, LLC; 891 Laguna Canyon Rd., LLC; 777 at Laguna, LLC; Laguna Art District Complex, LLC; Hotel Laguna, LLC; Cliff Village, LLC; The Master Buildings, LLC; Laguna HI, LLC; 837 Park Avenue, LLC; 4110 W. 3rd St. DE, LLC; 314 S. Harvard DE, LLC; Laguna HW, LLC; Retreat at Laguna Villas, LLC; Sunset Cove Villas, LLC; Duplex at Sleepy Hollow, LLC; Cliff Drive Properties DE, LLC ;694 NCH Apartments, LLC; Heisler Laguna, LLC; and others ("Borrowers"). I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Coastline on behalf of Coastline. These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course of Coastline's business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Coastline by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. On August 26, 2021 Coastline lent the sum of $17,255,316 to Borrowers as an unsecured loan. The loan is evidenced by a Promissory Note a true and correct copy of which is attached hereto and is incorporated herein by this reference as Exhibit "1". A true and correct copy of the ledger showing the amount owing to Coastline on account of the Promissory Note is attached hereto and is incorporated herein by this reference as as Exhibit "2."

5. I am also the managing member of Monte Carlo La Jolla, LLC. I caused Monte Carlo La

Jolla, LLC, to transfer to HABERBUSH, LLC, by way of wire transfer on October 15, 2025 the sum of $24,500 as a deposit for legal services to be rendered on behalf of Coastline in connection with the involuntary Chapter 11 petitions filed against the above identified Alleged Debtors.

6.  Neither I nor any of the officers, directors or members of Coastline are officers, directors, or owners of 20% or more of the equity interests in any of the alleged debtors either directly, or indirectly through interests in entities that hold ownership interests in the \ alleged debtors.

EXECUTED AT NEWPORT BEACH, CALIFORNIA, THIS 5TH DAY OF NOVEMBER, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Ioannis Xilikakis, Declarant

## DECLARATION OF JENNIFER LOVELACE

I, Jennifer Lovelace, hereby declare and state:

1. I am an individual over the age of 18 years and have personal knowledge of the facts stated herein. If I were called as a witness I would and could competently testify to the following facts, under penalty of perjury.

2. I am and at all times relevant hereto have been the manager of Vierergruppe Management, Inc.(" VMI ").

3. I am one of the custodians of the books, records and files of VMI that pertain to a management agreement between VMI and Laguna Festival Center, LLC; 891 Laguna Canyon Rd., LLC; 777 at Laguna, LLC; Laguna Art District Complex, LLC; Aryabhata Group, LLC; Hotel Laguna, LLC; Cliff Village, LLC; The Master Buildings, LLC; Laguna HI, LLC; 837 Park Avenue, LLC; Tesoro Redlands, LLC; 4110 W. 3rd St. DE, LLC; 314 S. Harvard DE, LLC; Laguna HW, LLC; Retreat at Laguna Villas, LLC; Sunset Cove Villas, LLC; Duplex at Sleepy Hollow, LLC; Cliff Drive Properties DE, LLC; 694 NCH Apartments, LLC; Heisler Laguna, LLC; MOM BS Investco., LLC; MOM CA Investco, LLC; and MOM AS Investco, LLC ("Borrowers"). I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of VMI on behalf of VMI. These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course of VMI's business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of VMI by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. On March 29, 2023, VMI entered into a management agreement with Cliff Drive Properties, DE, LLC, 694 NCH Apartments, LLC, and Heisler Laguna, LLC, ("Management Agreement 1") wherein VMI agreed to manage real properties owned by Cliff Drive Properties, DE, LLC, 694 NCH Apartments, LLC, and Heisler Laguna, LLC, in exchange for management fees. A true and correct copy of Management Agreement 1 is attached hereto and is incorporated herein by this reference as as

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

Exhibit "3." VMI has performed pursuant to Management Agreement 1 and has not been paid for its services.

5. On March 29, 2023, VMI entered into a management agreement with Laguna Festival Center, LLC, 891 Laguna Canyon Road, LLC, 777 at Laguna, LLC, and Laguna Art District Complex, LLC, ("Management Agreement 2") wherein VMI agreed to manage real properties owned by Laguna Festival Center, LLC, 891 Laguna Canyon Road, LLC, 777 at Laguna, LLC, and Laguna Art District Complex, LLC, in exchange for management fees. A true and correct copy of Management Agreement 2 is attached hereto and is incorporated herein by this reference as as Exhibit "4."

6. On March 29, 2023, VMI entered into a management agreement with Retreat at Laguna Villas, LLC, Sunset Cove Villas, LLC, and Duplex at Sleepy Hollow, LLC, ("Management Agreement "3") wherein VMI agreed to manage real properties owned by Laguna Festival Center, LLC, 891 Laguna Canyon Road, LLC, 777 at Laguna, LLC, and Laguna Art District Complex, LLC, in exchange for management fees. A true and correct copy of Management Agreement 3 is attached hereto and is incorporated herein by this reference as as Exhibit "5."

7. VMI has performed pursuant to all three management agreements and has not been paid for its services. A true and correct copy of the ledger showing the amount owing to VMI on account of Management Agreement 2 is attached hereto and is incorporated herein by this reference as as Exhibit "6."

8. Neither I nor any of the officers, directors or members of VMI are officers, directors, or owners of 20% or more of the equity interests in any of the alleged debtors either directly, or indirectly through interests in entities that hold ownership interests in the \ alleged debtors.

EXECUTED SANTA ANA , CALIFORNIA, THIS 5TH DAY OF NOVEMBER, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jennifer Lovelace, Declarant

## **DECLARATION OF JACK B. OLSON**

I, Jack B. Olson, hereby declare and state:

1. I am an individual over the age of 18 years and have personal knowledge of the facts stated herein. If I were called as a witness I would and could competently testify to the following facts, under penalty of perjury.

2. I am and at all times relevant hereto have been the manager of Specialty DIP, LLC ("Specialty ").

3. I am one of the custodians of the books, records and files of Specialty that pertain to loans and extensions of credit given collectively to: Laguna Festival Center, LLC; 891 Laguna Canyon Rd., LLC; 777 at Laguna, LLC; Laguna Art District Complex, LLC; Aryabhata Group, LLC; Hotel Laguna, LLC; Cliff Village, LLC; The Master Buildings, LLC; Laguna HI, LLC; 837 Park Avenue, LLC; Tesoro Redlands, LLC; 4110 W. 3rd St. DE, LLC; 314 S. Harvard DE, LLC; Laguna HW, LLC; Retreat at Laguna Villas, LLC; Sunset Cove Villas, LLC; Duplex at Sleepy Hollow, LLC; Cliff Drive Properties DE, LLC ;694 NCH Apartments, LLC; Heisler Laguna, LLC; MOM BS Investco., LLC; MOM CA Investco, LLC; and MOM AS Investco, LLC ("Borrowers"). I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Specialty on behalf of Specialty. These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course of Specialty's business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Speciaalty by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. Borrowers filed Chapter 11 petitions with the United States Bankruptcy Court and their cases were jointly administered under the lead case styled MOM CA Invcestco, LLC styled case number 25-10321 (BLS).

5. Pursuant to orders of the United States Bankruptcy Court Specialty lent the Borrowers the total sum of $5 million by way of two court-approved loans. The initial loan was for

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

$500,000 and was secured by all of Borrowers' assets. The loan was approved by order of the United States Bankruptcy Court March 25, 2025, a true and correct copy of which is attached hereto and is incorporated herein by this reference as Exhibit "7." Thereafter, Borrowers negotiated with Specialty for an increase in the amount of the loan to the sum of $5 million. The loan increase was approved by order of the United States Bankruptcy Court on May 1, 2025, at true and correct copy of which is attached hereto and is incorporated herein by this reference as as Exhibit "8" and is incorporated herein, by this reference. The $5 million loan was also secured by all of the assets of the Borrowers. All of the loans were secured by a deed of trust against Borrowers' real properties a true and correct copy of which is attached hereto and incorporated herein, by this reference, as Exhibit " 9 ."

6. In addition to the $5 million loan approved by the United States Bankruptcy Court, Specialty also incurred attorney's fees in connection with the making of the loan in the sum of $1,002,500 which the United States Bankruptcy Court did not authorize to be secured by the assets of the Borrowers and is therefore an unsecured claim. True and correct copies of the wire transfer confirmations showing the transfer of the monies are attached hereto and are incorporated herein by this reference as as Exhibits "10", "11" ,"12 ","13" and "14."

7. The terrms of the $5 million loan were amended by court order datred July 17, 2025 and a true and correct copy thereof is attached hereto and incorporated here in by this refenece as Exhibit "16."

7. Neither I nor any of the officers, directors or members of Specialty are officers, directors, or owners of 20% or more of the equity interests in any of the alleged debtors either directly, or indirectly through interests in entities that hold ownership interests in the alleged debtors.

EXECUTED AT Huntington Beach, CALIFORNIA, THIS 5TH DAY OF NOVEMBER 2025.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jack B Olson, Declarant

## **DECLARATION OF DAVID R. HABERBUSH**

I, David R. Haberbush, hereby declare and state:

1.    I am an individual over the age of 18 years and have personal knowledge of the facts stated herein. If I were called a witness or would and could competently testify to the following facts, under penalty of perjury.

2.    I am a partner of Haberbush, LLP, counsel to Coastline Santa Monica Investments, LLC, Vierergruppe Management, Inc., and Specialty DIP, LLC, Petitioning Creditors in the above-captioned jointly administered Involuntary Chapter 11 cases.

3.    This Declaration is given pursuant to that Order Requiring Disclosures by Petitioning Creditors entered October 22, 2025.

4.    I have been employed by the Petitioning Creditors pursuant to a written agreement executed by myself and by the petitioning creditors' authorized officers/members on October 15, 2025. A true and correct copy of the employment agreement is attached to the Appendix of Exhibits as Exhibit "15" and is incorporated herein, by this reference.  No other agreement with respect to compensation, oral or otherwise, exists between the petitioning creditors and Haberbush, LLP, and myself. Pursuant to said agreement Haberbush, LLP, received two wire transfers into its client trust account one in the sum of $50,500 from Vierergruppe Management, Inc., and $24,500 from Monte Carlo La Jolla. Monte Carlo La Jolla and Coastline Santa Monica Investments, LLC , have the same managing member and he caused Monte Carlo La Jolla, LLC, to transfer to HABERBUSH, LLC, by way of the referenced wire transfer the sum of $24,500 as a deposit for legal services to be rendered on behalf of Petitioning Creditors in connection with the involuntary Chapter 11 petitions filed against the above identified Alleged Debtors.

5.    The persons controlling the petitioning creditors are:

    Coastline Santa Monica Investments, LLC, is managed by Ioannis Xilikakis

    Jennifer Lovelace is the chief executive officer and chief financial officer of Vierergruppe Management, Inc.

    Specialty DIP, LLC, is managed by Jack B. Olson.

6.    I had no communications of any kind with any of the alleged debtors, their insiders, their

counsel, or anyone controlling them until after the involuntary petitions were filed. After the petitions were filed I recommended to the petitioning creditors that the debtors should consider retaining counsel and I recommended that Orange County counsel trusted by the bankruptcy courts would be helpful and so I recommended they contact Richard Marshak, Esq. Thereafter I had three separate telephone conversations with Mr. Marshak the last of which occurred on or about October 24 wherein he made inquiry concerning various issues affecting his interest in becoming retained by the alleged debtors. During the last of those conversations Mr. Marshak's partner Edward Hayes was also a participant. Thereafter on or about October 27 I had a telephone conversation with Jason Brooks, Esq. and Murphree J. Leland., Esq., regarding his firm's interest in representing the alleged debtors. I thereafter communicated with them by email in order to transmit to the involuntary petitions and summonses. I had one other communication be a email regarding when the answers to the petitions are due. Otherwise I have had no other communications with them.

7. None of the petitioning creditors nor their insiders nor affiliates are insiders of any of the alleged debtors although they may have derivative interests of less than 10% in some of the alleged debtors by way of their interests in entities which have interests in the alleged debtors.

EXECUTED OUT LONG BEACH, CALIFORNIA, THIS 5TH DAY OF NOVEMBER, 2025

I declare under penalty of perjury that the foregoing is true and correct.

_____
David R. Haberbush, Declarant

THIS DOCUMENT PREPARED ON RECYCLED PAPER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **PETITIONING CREDITORS' INITIAL RESPONSE TO ORDER REQUIRING DISCLOSURES BY PETITIONING CREDITORS; DECLARATION OF IOANNIS XILIKAKIS; DECLARATION OF JENNIFER LOVELACE; DECLARATION OF JACK B. OLSON; DECLARATION OF DAVID R HABERBUSH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 5, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael E Bubman**  mbubman@mbn.law, aacosta@mbnlawyers.com
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **David R Haberbush**  dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Sam Maralan**  sm@maralanlaw.com
- **Kristin T Mihelic**  kristin.t.mihelic@usdoj.gov
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbn.law
- **David L Prince**  dlp@redchamber.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**  dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 5, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Duplex At Sleepy Hollow, LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 5, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Scott C. Clarkson, JUDGE
United States Bankruptcy Court
411 West Fourth Street
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2025 | Alexander S. Bostic | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE