David B. Zolkin (State Bar No. 155410)
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8551
Email: dzolkin@wztslaw.com

Counsel to Stephen J. Donell, Receiver

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

DUPLEX AT SLEEPY HOLLOW, LLC,

Alleged Debtor and Debtor in Possession.

☐ Affects Duplex At Sleepy Hollow, LLC
☐ Affects 777 at Laguna, LLC
☐ Affects Cliff Drive Properties DE, LLC
☐ Affects Laguna Festival Center, LLC
☐ Affects 694 NCH Apartments, LLC
☐ Affects Retreat at Laguna Villas, LLC
☐ Affects 891 Laguna Canyon Road, LLC
☐ Affects Heisler Laguna, LLC
☐ Affects Sunset Cove Villas, LLC
☐ Affects Laguna Arts District Complex, LLC
☒ Affects All Debtors

Case No. 8:25-bk-12892-SC

Involuntary Chapter 11

(Jointly Administered with Case Nos.:
8:25-bk-12893-SC;
8:25-bk-12894-SC;
8:25-bk-12895-SC;
8:25-bk-12896-SC;
8:25-bk-12898-SC;
8:25-bk-12899-SC;
8:25-bk-12900-SC;
8:25-bk-12901-SC; and
8:25-bk-12902-SC)

**SUPPLEMENTAL DECLARATION OF STEPHEN J. DONELL IN SUPPORT OF MOTION FOR RELIEF FROM TURNOVER UNDER AND COMPLIANCE WITH 11 U.S.C. § 543 BY RECEIVER**

Date: November 13, 2025
Time: 10 a.m.
Courtroom: 5C
411 W. Fourth Street
Santa Ana, CA 92701

Hon. Scott C. Clarkson

I, Stephen J. Donell, declare as follows:

1. I am over the age of 18 years old. I have personal knowledge of the facts stated herein, and if called upon to testify to such facts I could and would testify competently thereto. I make this supplemental declaration in support of the *Motion for Relief from Turnover Under and Compliance With 11 U.S.C. § 543 By Receiver* (the "Motion") filed in the above-captioned involuntary chapter 11 bankruptcy cases (collectively, "Bankruptcy Cases" or "Cases"), by Enterprise Bank & Trust, a Missouri Trust Company With Banking Powers (the "Movant").

2. As I stated in my original declaration filed with the Court in support of the Motion on November 5, 2025 ("Original Declaration"),[1] I am the state-court appointed receiver for the Properties owned by the Alleged Debtors.

3. On November 11, 2025, I was contacted by Dora Orgill, who identified herself as a person managing businesses she referred to as "Seven Degrees" and "777". It is my understanding that these entities are affiliates of the Debtors and coordinate events located at certain of the Alleged Debtors' Properties, including the properties located at (a) 777 Laguna Canyon Road, Laguna Beach, California (the "777 Laguna Cyn. Property"), which is owned by Alleged Debtor 777 at Laguna, LLC, and (b) 891 Laguna Canyon Road, Laguna Beach (the "891 Laguna Cyn. Property"), which is owned by Alleged Debtor 891 Laguna Canyon Road, LLC.

4. Ms. Orgill advised me that the funds maintained by Seven Degrees and 777 at Nano Banc (where the Debtors also maintain deposit accounts) have been frozen. She asked that, "[s]ince the funds in the Nano Banc accounts were payments for events and not rents", I help her free up those funds so that they can be used to pay those companies' past due payroll and to pay expenses for an upcoming event at "Seven Degrees" that will take place on Thursday, November 13, 2025.

5. Ms. Orgill further advised me that (a) to her knowledge, no rent has been paid from the businesses to the Alleged Debtor property owners, (b) she understands that the "property owners were running these [event] businesses" and (c) the bank account holder at Nano Banc is Deba

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in my Original Declaration.

Shyam. Attached hereto as **Exhibit 1** and incorporated herein by this reference is a true and correct copy of the November 11, 2025 email chain between me and Mrs. Orgill.

6. Ms. Orgill separately sent me a number of contracts for events to be held in the future at several properties, including the Alleged Debtors' properties, through 2027. Attached hereto as **Exhibit 2** and incorporated herein by this reference are true and correct copies of four of those contracts (redacted to remove the names of the customers) with near term events to take place at the 777 Laguna Cyn. Property or the 891 Laguna Cyn. Property. Each of the first three contracts are with an entity identified as "Seven 7 Seven" and are for events to take place at the 777 Laguna Cyn on November 21, November 29 and December 8, 2025, respectively. The fourth contract is with an entity identified as "Seven Degrees" for an event to take place at the 891 Laguna Cyn. Property on February 19, 2026.

7. After my November 11 communications with Ms. Orgill, I conducted further diligence regarding the Alleged Debtors' event affiliates. In searching the California Secretary of State's website for businesses registered to do business in California, I found an entry for Seven Degrees Laguna, Inc. ("Seven Degrees"), a company located at 520 Newport Center Drive, Ste 480, Newport Beach California (the address identified for the Alleged Debtors in the involuntary petition commencing these Cases), whose Chief Executive Officer and Chief Financial Officer is Deba Shyam. Attached hereto as **Exhibit 3** and incorporated herein by this reference is a true and correct copy of the Statement of Information filed by Seven Degrees with the California Secretary of State on August 21, 2025.

8. Deba Shyam is the name of the Nano Banc account holder identified by Ms. Orgill. Furthermore, Deba Shyam was the responsible person who executed the voluntary chapter 11 petition filed for MOM CA Investco LLC, the lead case in the now dismissed MOM CA chapter 11 cases filed in Delaware on February 28, 2025. A true and correct copy of the MOM CA Investco LLC voluntary petition is attached hereto as **Exhibit 4** and incorporated herein by this reference.

9. On October 13, 2025, shortly after my appointment as Receiver and prior to the commencement of these Bankruptcy Cases, I reached out to counsel for the defendants in the State Court Action (which include the Alleged Debtors) to request that the defendants provide me with a

-3-

SUPPLEMENTAL DECLARATION OF STEPHEN J. DONELL IN SUPPORT OF MOTION FOR RELIEF FROM TURNOVER UNDER AND COMPLIANCE WITH 11 U.S.C. § 543 BY RECEIVER

variety of information and documentation regarding the Properties, including among other documentation, insurance policies, licenses, permits, vendor contracts, property tax bills, and leases. To date, I have not received any response from counsel. Attached hereto as **Exhibit 5** and incorporated herein by this reference is a true and correct copy of my October 13, 2025 letter.

10. As I have yet to receive documents or evidence that the Properties are properly insured against liability, I am extremely concerned about there being events conducted on any of the Properties. I am also concerned that the Alleged Debtors have not been paid and are not being paid rent by the non-Debtor affiliated companies for their use of the Properties as event venues. If that is indeed the case, the Properties and their value to the Alleged Debtors and their creditors have been usurped by the non-Debtor affiliates and their insider owners for their own personal benefit.

11. I intend to seek direction from the State Court regarding (i) whether any funds should be released from any Nano Banc account maintained by any non-Debtor affiliate of the Alleged Debtors and (ii) whether any events should be permitted to take place at any of the Properties. At a minimum, it will be important for me to obtain all relevant insurance policies immediately in order to ensure that there is insurance coverage sufficient to insulate the receivership estate from liability.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of November 2025, at Los Angeles, CA.

By: ______________________
STEPHEN J. DONELL

-4-
SUPPLEMENTAL DECLARATION OF STEPHEN J. DONELL IN SUPPORT OF MOTION FOR RELIEF FROM TURNOVER UNDER AND COMPLIANCE WITH 11 U.S.C. § 543 BY RECEIVER

# EXHIBIT 1

# November 11, 2025
# Emails

EXHIBIT 1 - Page 5

**From:** Dora Orgill
**To:** Stephen J. Donell CCIM CPM
**Cc:** David Zolkin
**Subject:** Re: 777/Seven Degrees Square Funds
**Date:** Tuesday, November 11, 2025 3:32:35 PM

---

Hi Steve!

You are correct - these funds are related to events only. I do have contracts for each event - I can send you copies of the upcoming events - there are only 3 more through the end of 2025 and then we have some for 2026 and one for 2027. Do you want copies of all of these, or just 2025?

To my knowledge, no rent has been paid from the businesses to the property owners. My understanding is that the property owners were running these businesses. I believe that the bank account holder at Nano Banc would be Deba Shyam.

Thank you so much for any help you can give us.

Warm regards,

Dora

Sent from my iPad

> On Nov 11, 2025, at 2:24 PM, Stephen J. Donell, CCIM, CPM <steve.donell@fedreceiver.com> wrote:
>
> Dora,
>
> Just to clarify, the funds in Nano Bank relate to costs/fees related to events, including deposits.
>
> Are there contracts for each event? If so can you send me copies of the upcoming contracts? Also, I believe you stated that no "rent" was paid to the property owner since the property owner was also running the events. Do you know the name of the bank account holder at Nano Bank? I am copying my bankruptcy attorney on this email in case he has any questions, in our efforts to understand the nature of the funds held at Nano in order to determine if they are assets of the receivership estate.
>
> Sincerely,
>
> Steve
>
> **Stephen J. Donell, CCIM, CPM ®**

President | Receiver | Partition Referee | Interim Trustee | Asset Manager
FedReceiver, Inc. ™
Jalmar Properties, Inc., AMO
Donell Expert Services, Inc.
12121 Wilshire Blvd., Suite 710
Los Angeles, CA 90025
Main: 310-207-8481 ext:114
Fax: 310-207-3483
Direct: 310.689.2175
Email: steve.donell@fedreceiver.com
Web: www.fedreceiver.com
DRE# 01295754

---

**From:** Dora Orgill <dora.orgill@icloud.com>
**Sent:** Tuesday, November 11, 2025 1:29 PM
**To:** Stephen J. Donell, CCIM, CPM <steve.donell@fedreceiver.com>
**Subject:** 777/Seven Degrees Square Funds

[You don't often get email from dora.orgill@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

**CAUTION** External Email

Hi Steve!

It was a pleasure speaking with you this morning! As we discussed, I am managing the businesses at Seven Degrees and 777. I started a transfer of funds from our Square account on 11/7/25 of $181,455.63 to the 777 Nano Banc account ending in 882 and the funds transferred 11/9/25. Of this amount, $48,439.78 was to then be transferred to the 777 Nano Banc payroll account ending in 4105 so that our payroll, due on 11/7/25 would be funded. ADP was requiring a verification of funds into our payroll account which I never received. This payroll is still pending, and I understand that all of the Nano Banc accounts have been frozen.

I have attached some screenshots from our online Square account showing the pending transfer of funds and the current zero balance showing that the transfer was made. I have also included our cash flow report that shows the events we have had booked and the payments made toward them. Additionally, attached is a report of deposits taken for Seven Degrees into our Square account and a report of deposits taken for 777 into our Square account.

Since the funds were payments for events and not rent, I would appreciate anything that you could do to help get these funds released and transferred to our payroll account (account information attached) so that our employees get paid for the past payroll and we will have another payroll ready to process on Monday,

11/17/25 as well.

Additionally, there are many other outstanding bills for 777 and Seven Degrees, the most important of which are our US Foods accounts which are currently frozen pending a $15,000.00 payment. As a result, I am unable to order food for our upcoming event at Seven Degrees this Thursday, 11/13/25.

I understand that you are now the property manager for the real estate only and I look forward to working with you in any way I can help.

Please feel free to call me anytime as well.

Thank you,

Dora

Sent from my iPad

# EXHIBIT 2

# Event Contracts

EXHIBIT 2 - Page 9



SEVEN 7 SEVEN

# Event Contract

Prepared: Wednesday, February 19, 2025

| Client/Organization | Event Date | Booking Contact | Telephone | Folio # |
|---|---|---|---|---|
| [redacted] | 11/21/2025 (Fri) | [redacted] | [redacted] | 2025-11-21 |
| **Email** | | **Guests** | **Event Minimum** | |
| [redacted] | | 150 \| 200 (Pln) | $29,577.38 | |
| **Address** | **City, St/Prov Postal** | **Theme** | | **Sales Manager** |
| [redacted] | [redacted] | [redacted] | | Nicole Geary |

**VENUE**

| Start | End | Room |
|---|---|---|
| 9:00 am | 9:00 pm | |

**FOOD/SERVICE ITEMS**

| Food/Service Items | Price | Qty | Total |
|---|---|---|---|
| **Event Minimums** | | | |
| **Friday Event Minimum**<br>**Based on 7 Total Hours of Event Time + 1 Additional Hour @ $1K/per hour** | 29,577.39 | | |
| **[redacted] \| Friday 11.21.25 \| 9am - 12pm \| 150 Guests** | | | |
| **AM Wedding Ceremony \| Venue Rental Fee**<br>**Outdoor Spanish Terrace/Waterfall \| Ceremony**<br>**Based on 2 Total Hours of Event Time + 1 Additional Hour @ $1K/Per Hour \| 9am-12pm**<br>Set-Up (1 Hour of Set-up Prior to Ceremony Start Time)<br>Tear Down (1 Hour of Tear Down when Ceremony Event Concludes)<br><br>**Package to Include:**<br>Rehearsal Ceremony<br>Water Station for Ceremony<br>Brown Chivari Chairs<br>Bridal & Grooms Dressing Room (Available 2 hours prior to Ceremony Start Time) | 2,000.00 | 1 | 2,000.00 |
| **Additional Hour Fee** | | | |
| **Additional One Hour \| 11am - 12pm** | 1,000.00 | 1 | 1,000.00 |
| **Labor Fee's** | | | |
| **NO AV Tech Support to Assist with Questions from Groups music related items**<br>Note: If Group is needing questions or assistance with AV related items that pertain to the venue then we will need to add an AV Tech Supporter @ $350 | 350.00 | | |
| **Food & Beverage Service** | | | |
| **Group will not be hosting Food or Beverages**<br>Note: If Group should host food and beverages from the Venue then we will need to add the following:<br>Event Service Manager @ $350.00<br>Event Servers @ $300/each (1 per 25 guests) | | | |

E01367 - [redacted]

Bartender @ $300/each (1 per 75 guests)

**Parking**

50 Parking Spaces @ $10-$15/per space
Parking Attendant @ $350
***Please ask Sales if you wish to add this to the estimate**

## [redacted] | Friday 11/21/25 | 4pm - 9pm | 200 Guests

| | | | |
|---|---|---|---|
| **[redacted] \| Venue Rental Fee**<br>**Outdoor Spanish Terrace w/ White Avalon Tent \| Dinner/Dancing**<br>**Based on 5 Total Hours of Event Time \| 4pm - 9pm**<br>Set-Up (2 Hour of Set-up Prior to Event Start Time)<br>Tear Down (1 Hour of Tear Down when Event Concludes) | 7,000.00 | 1 | 7,000.00 |

Package to Include:
Tall & Low Cocktail Tables for standing and seated
Beverage Set-up
Rectangular or Rounds Tables for Dinner
Full Length Linen – White, Ivory or Black
Napkins – White, Ivory or Black
Brown Chivari Chairs w/Ivory Cushions
Roll-up Linen Napkins w/ Silverware/Plates at Stations – Black, White or Ivory
Bistro Lighting for Outdoor Patio
Maximum Outdoor Heaters

**Labor Fee's**

| | | | |
|---|---|---|---|
| **Event Service Manager** | 350.00 | 2 | 700.00 |
| **Event Servers \| 1 Server per 25 Guests**<br>*Outside Caterer's to Provide Servers. 777 Requires from the Caterers a Total of 7 Servers for 200 guests | 300.00 | 1 | 300.00 |
| **Beverage Attendant \| 1 BA per 75 Guests** | 250.00 | 3 | 750.00 |
| **AV Tech Support \| To Assist with Questions from Groups DJ and/or Band** | 350.00 | 1 | 350.00 |

**Food Service**

| | | | |
|---|---|---|---|
| **Outside Catering \| Kitchen Rental Fee**<br>Use of the Kitchen's Equipment | 2,500.00 | 1 | 2,500.00 |

**Outside Caterer's will need to provide the following:**
Outside Catering's own Buffet Tables and Set-up
Outside Catering's own Chafers, Sternos, Bowls, Platters & Serving Utensils

**Outside Caterer's**
Laguna Canyon Ventures will need to approve for ALL Outside Caterer's before the Wedding Group decides which Caterer the are booking.
*Once LCV has approved the Outside Caterer's LCV will need a copy of their business licensed and insurance.

**Kitchen Deposit Fee**
**Security Deposit Check @ $1,500.00**
A $1,500 Clean-up Fee will apply to the Kitchen if it is left in a state the Venue deems excessive. The Security Deposit will be voided if the Outside Caterers leaves the Kitchen

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01367 -

undamaged and no clean-up to be provided by the venue staff

**Beverage Service**

| | | | |
|---|---|---|---|
| **Soft Drink Package: Up to 5 Hours of Service**<br>Includes: Assorted Sodas and Juices | 27.00 | 200 | 5,400.00 |

**In-House Event Coordinator Services**

| | | | |
|---|---|---|---|
| **Group will be assigned to one of our In-House Event Coordinator's to assist with Event Planning Services for event & venue related items.**<br>*Please refer to our In House Event Services list regarding the duties that is included in the $2500 | 2,500.00 | 1 | 2,500.00 |

**Parking**

50 Parking Spaces @ $10-$15/per space

Parking Attendant @ $350
***Please ask Sales if you wish to add this to the estimate**

| | |
|---|---|
| **Subtotal** | 22,500.00 |
| **Serv Chg (22%)** | 4,950.00 |
| **Taxes (7.75%)** | 2,127.38 |
| **Total Value** | 29,577.38 |

**Deposit Schedule**

| Due | Amount | Comment |
|---|---|---|
| 2/17/2025 | 5,000.00 | Initial Deposit |
| 5/21/2025 | 6,144.35 | 1st Payment - 25% of Total Revenue Minimum |
| 8/21/2025 | 9,216.52 | 2nd Payment - 1/2 of 75% of Total Revenue Minimum |
| 9/22/2025 | 9,216.51 | 3rd Payment - 1/2 of 75% of Total Revenue Minimum |
| 11/7/2025 | 0.00 | Final Payment based off final cost estimate |

Reservation of Date
This Event Contract is to reserve the date of Friday, November 21, 2025 for [REDACTED] Wedding at Seven 7 Seven. Event services to be determined by event estimate. A non-refundable payment in the amount of $5,000.00 to be applied to the total Event Cost.

Guest Count.
The estimated guest count for this event is 150/200 guests. Final guaranteed guest count is required 14 days prior to the event. If Seven 7 Seven does not receive a guaranteed guest count 14 days prior to the event, food and beverages will be prepared and charged for the number of guests as stated in this Event Contract. The Customer will be charged for guaranteed guest count or actual guests, whichever is greater.

Seven 7 Seven reserves the right to clear the venue of guests or stop the entry of guests, at its discretion.

Payment.
Upon execution of this Event Contract, an initial non-refundable payment for reservation of the event date in the amount of $5,000.00 shall be paid by customer and said payment shall be applied to the total event cost. A payment schedule for the actual contracted amount, accompanied by a detailed cost analysis, shall be arranged at the signing of the Event Contract, and failure to execute by Customer shall be deemed a cancellation by Customer of this Event Event Contract and forfeiture by Customer of all payments made.

E01367 - [redacted]

Minimum.
A minimum will apply to your event. The contracted revenue minimum plus 22% taxable service charge and 7.75% sales tax is $29,577.38. If the minimum is not met, the amount of the difference will be charged as a miscellaneous fee. You may spend more than the minimum based on attendance and menu selections.

Initialed by Customer: [redacted]

Initialed by Seven 7 Seven: NG

Notice of Availability.
Seven 7 Seven, located at 777 Laguna Canyon Road, Laguna Beach, California, 92651, is available for private events seven days a week for functions between the hours of 6:00 am and 10:00 pm. All private events are scheduled around the facility's own scheduled programs and activities. Dates for private events are not fully guaranteed until this Event Contract, including the payment schedule, is signed and an original signature is received by Seven 7 Seven.

All events must begin and end at the contracted times. Additional fees will apply for full day rental of the facility or extensions to the length of an event, including set-up times and/or breakdown times.

Fees.
Payment of this fee entitles Customer to use I use of the designated facility area(s) for the duration specified for the scheduled event and the use of any other equipment or services provided for in this Event Contract.

The initial deposit in the amount of $5,000.00 may be paid by cash, check, cashiers check or credit card. .

All fees paid by a third party on behalf of Customer shall be deemed by Seven 7 seven as a direct payment by Customer, and any potential refund, under 'Cancellation Policy' section, herein, of all or any portion of said fees paid by a third party shall be made directly by Seven 7 Seven to Customer unless Customer advises Seven 7 Seven otherwise in writing.

Cancellation Policy:
All payments are non-refundable and Seven 7 Seven is not responsible for any acts of nature or war and/or any other uncontrollable events that may affect, impair, or suspend the production of this event.

If client, cancels the Event, changes dates, or moves the Event to another city or facility, such decision would constitute a breach of its obligation to Seven 7 Seven and client, agrees Seven 7 Seven would be harmed. Should clients, Event not be held at Seven 7 Seven, or it is canceled, client will pay Seven 7 Seven, as liquidated damages the cancellation fee as follows. Payment for cancellation fees is due within thirty (30) days after written notification to Seven 7 Seven of the cancellation is received and acknowledged. Cancellation fees are as follows:

| If written notice of cancellation is received: | Assessment |
|---|---|
| 180 days or more prior to 11/21/2025 | 50% of contracted minimum revenue, plus applicable sales tax |
| 179 days - 120 days prior to 11/21/2025 | 80% of contracted minimum revenue, plus applicable sales tax |
| 119 days or less prior 11/21/2025 | 100% of contracted minimum revenue, plus applicable sales tax |

All deposits are non-refundable and non-transferable. Seven 7 Seven will retain all deposits up to the cancellation fee. All advance payments held by Seven 7 Seven are non-refundable and will be applied toward any outstanding charges due to Seven 7 Seven, including liquidated damages due because of cancellation.

Initialed by Customer: [redacted]

Initialed by Seven 7 Seven: NG

Accommodations.
Seven 7 Seven personnel will be available prior to the scheduled event to assist with any questions regarding the facility.

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01367 -

At least one production meeting and walk-through of the facility must be scheduled with Seven 7 Seven and the Customer after signing of the Event Contract or a minimum of three weeks prior to the scheduled event. A complete timeline of the event, including any approved outside vendors, their contact information and their load -in and strike times must be agreed upon in writing 14 days prior to the event. The Customer must also provide, and Seven 7 Seven must receive the guaranteed final guest count, in writing, 14 days prior to the event. Guests counts may increase with notification to Seven 7 Seven after the 14-day deadline and prior to 3 business days prior to the event and must be approved by Seven 7 Seven, and the Event Contract amount will be adjusted accordingly, and the remaining balance will become immediately due and payable. Once the final count is determined, it may not be decreased. If the actual guest count at the event falls below the guaranteed final guest count, no monies will be refunded to the Customer.

Seven 7 Seven staff will coordinate all vendors throughout the entire event and through clean-up.

Customer acknowledges that Seven 7 seven is in the Civic Art District and cannot be responsible for outside noise that may interfere with the scheduled event.

Seven 7 Seven does not assume any responsibility or liability for the damage or loss of any merchandise left in Seven 7 Seven prior to or following the event.

Client acknowledges that Seven 7 Seven has no responsibility for damages or loss to any personal property, including but not limited to wedding gifts, on or about the premises, and that Seven 7 Seven assumes no bailment for personal property.

Catering.
Seven 7 Seven will provide food and beverage services. Any exceptions must be agreed upon and in writing in advance. Seven 7 Seven reserves the right to determine which areas may be used for food and beverage services.

If Seven 7 Seven has approved an outside caterer, throughout the course of the event, a catering manager is required to remain on-site from set-up through final clean-up. Outside caterers are required to keep all food areas, bar areas, and guest tables clean and free of debris and abide by all applicable local, County and State Health Department rules, regulations, and standards at all times. A vendor list of all companies to be on the premises for the event must be sent to Seven 7 Seven no less than 14 days prior to the event. All outside vendors must be approved by Seven 7 Seven.

An outside caterer is required to follow the house rules for the Seven 7 Seven kitchen and is required to bring all its own cookware and utensils and is not entitled to the use of Seven 7 Seven cookware, utensils, food, condiments, trays, or other items owned by Seven 7 Seven other than the stoves, sinks, counters, and dishwasher.

Seven 7 Seven reserves the right to stop the food service of an outside caterer at any time if the outside caterer fails to comply with all applicable local, County and State Health Department rules, regulations, and standards.

Seven 7 Sevens not responsible to prepare or offer any food to leave the premises.

Alcohol Service.
Seven 7 Seven will control all alcohol distribution and service under the requirements of its California State Liquor License.

All alcohol must be purchased through Seven 7 Seven. Alcohol service must be accompanied by the serving of food under the restrictions of this license. Standard alcohol orders must be placed within 14 days prior to the scheduled event date. Specialty alcohol must be ordered no less than 14 days prior to the scheduled event date and the Customer shall pay for all or any portion of said order cancelled or unused by Customer.

The Customer agrees to cooperate fully with Seven 7 Seven personnel in the enforcement of Alcoholic Beverage Control regulations and guidelines relating to the sale and service of alcohol. Violation of these regulations and guidelines will be cause for immediate termination of the event. Seven 7 Seven retains final authority on all alcohol-related issues that may arise in conjunction with any event on-site. Seven 7 Seven retains the right to refuse service of alcoholic beverages

at any time and may, at its sole discretion, stop alcohol service if, in the judgment of Seven 7 Seven, there is a violation of California State law.

Should the Customer, or Customer's guests, fail to comply with the above-referenced enforcement of the Alcoholic Beverage Control regulations and guidelines, Seven 7 Seven reserves the right to end the event for any such violation.

Rentals and Deliveries.
Deliveries and pick-ups must be made at the loading zone located on the Laguna Canyon Frontage Road directly in front of the facility. Said deliveries and pick-ups must be made within the established set-up and tear-down times, unless otherwise agreed upon in writing by Seven 7 Seven.

A complete list of outside vendors, contact information, and proof of insurance, must be received by Seven 7 Seven 14 days prior to the event. A list of all staff, volunteers, or any other support personnel not considered a guest of the Customer, must be provided in writing a minimum of 48 hours prior to the scheduled event.

Entertainment.
Seven 7 Seven welcomes entertainment in its facility with the following restrictions:

All live entertainment and any amplified music volume levels shall be managed by Seven 7 Seven.

No entertainment sound shall annoy or interfere with surrounding homes or businesses.

The Customer must receive advance written approval from Seven 7 Seven for any entertainment not booked directly by Seven 7 Seven prior to any event. If Seven 7 Seven has contracted the entertainment, additional approval is not required, however the contact information, set-up, and tear-down times, must be received by Seven 7 Seven along with a copy of the proof of insurance for the entertainment 14 days prior to the event.

Event Décor and Layout.
Sparklers, Confetti, Rice, Streamers, birdseed, glitter, sand, and any such loose materials are strictly prohibited in or around the Seven 7 Seven facility.

All decorations must be flameproof and free standing and are subject to approval by Seven 7 Seven. No changes or alterations of Seven 7 Seven its art installations shall be permitted except as approved and agreed to by Seven 7 Seven in advance. All temporary signage or posters, if any, must be freestanding, and are subject to prior approval and placement by Seven 7 Seven management. Seven 7 Seven reserves final approval on all floorplans and décor. Upon final approval by Seven 7 Seven, no revisions or alterations may be made.

Any décor that requires attachment in any way must be installed and de-installed by Seven 7 Seven staff only at a fee to the Customer which will be quoted after the approval has been granted by Seven 7 Seven

Condition of the Facility.
The Customer shall be liable for the cost of repair of any damage to the facility, the personal property located therein (including without limitation the cost of replacing any damaged fixtures, personal property, or artwork caused by reason of Customer's use of Seven 7 Seven from any cause.

Vendors contracted by Seven 7 Seven shall not be deemed "Customer's Use". Upon arriving for set-up, the Customer and a Seven 7 Seven representative will tour the facility for damages. Any noted prior damage to the facility will be listed in writing to be signed prior to the event by both the Customer (or assigned representative) and Seven 7 Seven management acknowledging the noted damage. Repair or replacement for any damage appearing at the end of the scheduled event that is not listed in this signed document will be the responsibility of the Customer. The security deposit, if required, will be held for a minimum of 7 days following the event and charged for any repairs, damage, replacement, or other costs for damages not previously paid in full.

Event Security.
Rental fees left overnight do not include the cost of security. Security, if required, shall be provided by Seven 7 Seven at

the Customer's expense.

Smoke-Free Environment.
Pursuant to State laws, Seven 7 Seven has adopted a smoke-free policy in all interior facilities. It shall be the responsibility of the Customer to inform of, and enforce, the smoke-free policy. Violation of the smoke-free policy will be cause for immediate termination of the event without refund. However, if there is a minimum violation, the Customer and/or violating guest or guests would be given a warning on this prior to the Customer's event being cancelled.

Insurance Requirements.
All caterers and all vendors providing services for scheduled events at Seven 7 Seven must, no less than 7 days prior to the event, provide to Seven 7 Seven Certificates of Insurance indicating evidence of the following coverages:

1. General Liability insuring the Customer against liability for bodily injury (including death) and property damages with minimum limits of $1,000,000.00 general aggregate, $1,000,000.00 per occurrence, $1,000,000.00 Products Liability naming Seven 7 Seven; 777 Laguna Canyon Road, Inc., and 4G-Ventures, Inc. as Additional Insured.

2. All policies shall be written with insurance companies having a minimum Best's Rating of A-VI and shall provide a 30-day Notice of Cancellation to Seven 7 Seven.

No Assignment.
This Event Contract and the rights assigned herein may not be assigned by Customer, either in whole or in part, without the prior written approval of Seven 7 Seven. The Customer may not sub-rent the Seven 7 Seven facilities. By signing this Event Contract, the Customer agrees to comply with, observe and enforce all federal, state, and municipal laws and ordinances in conjunction with the event referenced in this Event Contract.

License for Use.
Under no circumstances may the Customer, or Customer's guests, vendors, agents, and assigns use the name, logo, or other identifications of Seven 7 Seven, its premises, or programs for any commercial, advertising, or marketing purpose (including internet broadcast) without prior written consent of Seven 7 Seven management. Photography and videotaping of events at Seven 7 Seven are allowed, however, use of photographs or video for commercial, or publishing purposes must be approved by Seven 7 Seven. It is the responsibility of the Customer to notify its guests, vendors, agents, and assigns of these restrictions.

Indemnification.
Customer shall indemnify, defend, and hold harmless Seven 7 Seven and it's owners, directors, officers, partners, members, agents, employees, contractors, licensees and concessionaires from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent or willful act or omission of the Customer and his/her/its agents, contractors, employees, licensees, guests, family, friends, volunteers and concessionaires.

Seven 7 Seven shall indemnify, defend and hold harmless Customer from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent act or omission of Seven 7 Seven and its owners, directors, officers, partners, members, agents and employees.

Limitation of Liability.
Seven 7 Seven; Seven 7 Seven Laguna, Inc., 777 Laguna Canyon Road, Inc., 4G-Ventures,, and their owners, directors, officers, partners, members, agents, employees, licensees and volunteers, hereinafter in this section 18 collectively referred to as "Seven 7 Seven", having exercised reasonable care, shall not be responsible for any injury suffered by the Customer, its agents, servants, or guests either in person or property other than by reason of negligence or willful misconduct of Seven 7 Seven on or about the facilities. Other than for reasons of negligence or willful misconduct, Seven 7 Seven shall further have no responsibility for loss or damage to personal property of the Customer, his/her/its agents, contractors, employees, licensees, concessionaires, or guests. Seven 7 Seven reserves the right to substitute



Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01367 - [redacted]

equipment of similar capacity, as it deems necessary. This Event Contract shall not be deemed a personal contract of a kind that would deprive Seven 7 Seven of the benefits of any exemption from or limitation of liability under applicable federal, state, and municipal statutes and/or case law, all which benefits are expressly claimed and reserved by Seven 7 Seven.

Seven 7 Seven shall not be liable for special or consequential damages, whether arising from Seven 7 Seven negligence, breach of Contract, or otherwise. Seven 7 Seven cannot be held responsible for extraordinary occurrences beyond its control, which may interfere with the scheduled events. The maximum liability arising from the inability of Seven 7 Seven to furnish the services outlined in this Event Contract shall be limited to a refund of fees paid.

Notices.
All notices permitted or required to be given pursuant to this Event Contract may be given by first class mail or overnight mail or courier service to the address of the Customer set forth on page one of this Event Contract and to Seven 7 Seven at 777 Laguna Canyon Road, Laguna Beach, CA 92651.

General.
Full payment shall be made 30 days in advance of the function using the estimated guest attendance as well as projected hosted beverage charges. Client is responsible for any remaining balance and is due at the conclusion of the event. Regardless of charge instructions, the person executing this document shall be jointly and severally responsible for payment of all charges accruing pursuant to this Event Contract. All payments are to be made to SEVEN 7 SEVEN. Should it become necessary to endorse this Event Contract or any of the obligations set forth herein, the prevailing party shall be entitled to all costs of collection including court costs and attorney's fees. Past due balances will bear interest at the rate of ten percent (10%) per annum.

Time.
Time is of the essence with respect to all obligations, deliveries, and payments under this Contract Event Contract.

Force Majeure.
If the Seven 7 Seven performance under this Event Contract is subjected to acts of God, flood, fire, war government regulation, terrorism, threat of terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, or any other emergency beyond Seven 7 Seven control, making it inadvisable, illegal or impossible to perform its obligations under this Event Contract, then Seven 7 Seven may cancel this Event Contract without liability for any one or more of such reasons upon written notice to Customer. Either party that wishes to cancel the Event Contract pursuant to this clause must provide written notice to the other party identifying the event or circumstance that is the basis for such cancellation within ten (10) days after learning about such event or circumstance. This provision shall not, however, relieve either party from using its reasonable commercial efforts to avoid, remove or mitigate such Force Majeure event and to continue performance with reasonable dispatch whenever such clauses are removed. If the Event Contract is duly canceled under this clause, then Seven 7 Seven shall, within thirty (30) days after such cancellation, refund any deposits made by Group.

Final and Complete Event Contract.
This Event Contract represents the final and complete Event Contract of the parties for the rental of Seven 7 Seven facilities and services and this Event Contract hereby supersedes all prior written and/or oral Event Contracts with respect to the rental of the facilities and services. Any modifications or additions to this Event Contract must be in writing and signed by all parties, except as stated otherwise, herein.

| | | | |
|---|---|---|---|
| [redacted] | 02/17/2025 | Nicole Geary | 2/18/2025 |
| Customer Signature [redacted] | Date | Seven 7 Seven<br>Nicole Geary | Date |

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com



# Event Contract

Prepared: Tuesday, August 5, 2025

| Client/Organization | Event Date | Booking Contact | Telephone | Folio # |
|---|---|---|---|---|
| [redacted] | 11/29/2025 (Sat) | [redacted] | [redacted] | 2025-11-29 |
| **Email** | | **Guests** | **Event Minimum** | |
| [redacted] | | 120 (Pln) | $3,943.65 | |
| **Address** | **City, St/Prov Postal** | **Theme** | **Sales Manager** | |
| [redacted] | [redacted] | Ceremony Only | Katie Brown | |

**VENUE**

| Start | End | Room |
|---|---|---|
| 11:00 am | 1:00 pm | |

**FOOD/SERVICE ITEMS**

| Food/Service Items | Price | Qty | Total |
|---|---|---|---|
| **Event Minimums**<br>**Event Minimum**<br>**Based on a total of 2 event hours**<br>Set-up (1 hour of set-up prior of ceremony time)<br>Tear Down (1 hour of tear down when ceremony event concludes | 3,943.65 | | |
| **Wedding Ceremony Package**<br>**Outdoor Spanish Terrace/Waterfall \| Ceremony**<br>Wedding Ceremony Package (Discounted Original $2,500)<br><br>**Package to Include:**<br>Rehearsal Ceremony<br>Water Station for Ceremony<br>Brown Chiavari Chairs w/Ivory Cushions<br>Bridal Dressing Room (Available 2 hours prior to ceremony start)<br>Set-up & Tear Down of Ceremony Area | 2,000.00 | 1 | 2,000.00 |
| **No Reception**<br>**Wedding Group is hosting the reception at the** [redacted] | | | |
| **Labor Fee's**<br>**In House Event Coordinator will be assigned to group** | 1,000.00 | 1 | 1,000.00 |
| **Food & Beverage Service**<br>**Group will not be hosting Food or Beverage**<br>Note: If group should host food and beverage from the venue then we will need to add the following:<br>Event Service Manager @ $350.00<br>Event Servers @ $300/each (1 per 25 guests)<br>Bartender @ $300/each (1 per 75 guests) | | | |

E01422 - [redacted]

| | |
|---|---|
| Subtotal | 3,000.00 |
| Serv Chg (22%) | 660.00 |
| Taxes (7.75%) | 283.65 |
| Total Value | 3,943.65 |

**Deposit Schedule**

| Due | Amount | Comment |
|---|---|---|
| 7/26/2025 | 2,000.00 | Initial Deposit |
| 10/26/2025 | 1,943.65 | 2nd Payment |
| 11/15/2025 | 0.00 | Final Payment - Based off of Final Cost Estimate |

**Reservation of Date**

This Event Contract is to reserve the date of Saturday, November 29, 2025 for [redacted] Wedding Ceremony at Seven 7 Seven. Event services to be determined by event estimate. A non-refundable payment in the amount of $2,000.00 to be applied to the total Event Cost.

**Guest Count.**

The estimated guest count for this event is 100-120 guests. Final guaranteed guest count is required 14 days prior to the event. If Seven 7 Seven does not receive a guaranteed guest count 14 days prior to the event, food and beverages will be prepared and charged for the number of guests as stated in this Event Contract. The Customer will be charged for guaranteed guest count or actual guests, whichever is greater.

Seven 7 Seven reserves the right to clear the venue of guests or stop the entry of guests, at its discretion.

**Payment.**

Upon execution of this Event Contract, an initial non-refundable payment for reservation of the event date in the amount of $2,000.00 shall be paid by customer and said payment shall be applied to the total event cost. A payment schedule for the actual contracted amount, accompanied by a detailed cost analysis, shall be arranged at the signing of the Event Contract, and failure to execute by Customer shall be deemed a cancellation by Customer of this Event Event Contract and forfeiture by Customer of all payments made.

**Minimum.**

A minimum will apply to your event. The contracted revenue minimum plus 22% taxable service charge and 7.75% sales tax is **$3,943.65** If the minimum is not met, the amount of the difference will be charged as a miscellaneous fee. You may spend more than the minimum based on attendance and menu selections.

Initialed by Customer: [redacted]

Initialed by Seven 7 Seven: KB

**Notice of Availability.**

Seven 7 Seven, located at 777 Laguna Canyon Road, Laguna Beach, California, 92651, is available for private events seven days a week for functions between the hours of 6:00 am and 10:00 pm. All private events are scheduled around the facility's own scheduled programs and activities. Dates for private events are not fully guaranteed until this Event Contract, including the payment schedule, is signed and an original signature is received by Seven 7 Seven.

All events must begin and end at the contracted times. Additional fees will apply for full day rental of the facility or extensions to the length of an event, including set-up times and/or breakdown times.

**Fees.**

Payment of this fee entitles Customer to use I use of the designated facility area(s) for the duration specified for the scheduled event and the use of any other equipment or services provided for in this Event Contract.

The initial deposit in the amount of $2,000.00 may be paid by cash, check, cashiers check or credit card. .

All fees paid by a third party on behalf of Customer shall be deemed by Seven 7 seven as a direct payment by Customer, and any potential refund, under 'Cancellation Policy' section, herein, of all or any portion of said fees paid by a third party shall be made directly by Seven 7 Seven to Customer unless Customer advises Seven 7 Seven otherwise in writing.

**Cancellation Policy:**
All payments are non-refundable and Seven 7 Seven is not responsible for any acts of nature or war and/or any other uncontrollable events that may affect, impair, or suspend the production of this event.

If client, cancels the Event, changes dates, or moves the Event to another city or facility, such decision would constitute a breach of its obligation to Seven 7 Seven and client, agrees Seven 7 Seven would be harmed. Should clients, Event not be held at Seven 7 Seven, or it is canceled, client will pay Seven 7 Seven, as liquidated damages the cancellation fee as follows. Payment for cancellation fees is due within thirty (30) days after written notification to Seven 7 Seven of the cancellation is received and acknowledged. Cancellation fees are as follows:

| If written notice of cancellation is received: | Assessment |
|---|---|
| 180 days or more prior to 11/29/2025 | 50% of contracted minimum revenue, plus applicable sales tax |
| 179 days - 120 days prior to 11/29/2025 | 80% of contracted minimum revenue, plus applicable sales tax |
| 119 days or less prior 11/29/2025 | 100% of contracted minimum revenue, plus applicable sales tax |

All deposits are non-refundable and non-transferable. Seven 7 Seven will retain all deposits up to the cancellation fee. All advance payments held by Seven 7 Seven are non-refundable and will be applied toward any outstanding charges due to Seven 7 Seven, including liquidated damages due because of cancellation.

Initialed by Customer: [redacted]

Initialed by Seven 7 Seven: KB

**Accommodations.**
Seven 7 Seven personnel will be available prior to the scheduled event to assist with any questions regarding the facility. At least one production meeting and walk-through of the facility must be scheduled with Seven 7 Seven and the Customer after signing of the Event Contract or a minimum of three weeks prior to the scheduled event. A complete timeline of the event, including any approved outside vendors, their contact information and their load-in and strike times must be agreed upon in writing 14 days prior to the event. The Customer must also provide, and Seven 7 Seven must receive the guaranteed final guest count, in writing, 14 days prior to the event. Guests counts may increase with notification to Seven 7 Seven after the 14-day deadline and prior to 3 business days prior to the event and must be approved by Seven 7 Seven, and the Event Contract amount will be adjusted accordingly, and the remaining balance will become immediately due and payable. Once the final count is determined, it may not be decreased. If the actual guest count at the event falls below the guaranteed final guest count, no monies will be refunded to the Customer.

Seven 7 Seven staff will coordinate all vendors throughout the entire event and through clean-up.

Customer acknowledges that Seven 7 seven is in the Civic Art District and cannot be responsible for outside noise that may interfere with the scheduled event.

Seven 7 Seven does not assume any responsibility or liability for the damage or loss of any merchandise left in Seven 7 Seven prior to or following the event.

E01422 -

Client acknowledges that Seven 7 Seven has no responsibility for damages or loss to any personal property, including but not limited to wedding gifts, on or about the premises, and that Seven 7 Seven assumes no bailment for personal property.

**Catering.**
Seven 7 Seven will provide food and beverage services. Any exceptions must be agreed upon and in writing in advance. Seven 7 Seven reserves the right to determine which areas may be used for food and beverage services.

If Seven 7 Seven has approved an outside caterer, throughout the course of the event, a catering manager is required to remain on-site from set-up through final clean-up. Outside caterers are required to keep all food areas, bar areas, and guest tables clean and free of debris and abide by all applicable local, County and State Health Department rules, regulations, and standards at all times. A vendor list of all companies to be on the premises for the event must be sent to Seven 7 Seven no less than 14 days prior to the event. All outside vendors must be approved by Seven 7 Seven.

An outside caterer is required to follow the house rules for the Seven 7 Seven kitchen and is required to bring all its own cookware and utensils and is not entitled to the use of Seven 7 Seven cookware, utensils, food, condiments, trays, or other items owned by Seven 7 Seven other than the stoves, sinks, counters, and dishwasher.

Seven 7 Seven reserves the right to stop the food service of an outside caterer at any time if the outside caterer fails to comply with all applicable local, County and State Health Department rules, regulations, and standards.

Seven 7 Sevens not responsible to prepare or offer any food to leave the premises.

**Alcohol Service.**
Seven 7 Seven will control all alcohol distribution and service under the requirements of its California State Liquor License.

All alcohol must be purchased through Seven 7 Seven. Alcohol service must be accompanied by the serving of food under the restrictions of this license. Standard alcohol orders must be placed within 14 days prior to the scheduled event date. Specialty alcohol must be ordered no less than 14 days prior to the scheduled event date and the Customer shall pay for all or any portion of said order cancelled or unused by Customer.

The Customer agrees to cooperate fully with Seven 7 Seven personnel in the enforcement of Alcoholic Beverage Control regulations and guidelines relating to the sale and service of alcohol. Violation of these regulations and guidelines will be cause for immediate termination of the event. Seven 7 Seven retains final authority on all alcohol-related issues that may arise in conjunction with any event on-site. Seven 7 Seven retains the right to refuse service of alcoholic beverages at any time and may, at its sole discretion, stop alcohol service if, in the judgment of Seven 7 Seven, there is a violation of California State law.

Should the Customer, or Customer's guests, fail to comply with the above-referenced enforcement of the Alcoholic Beverage Control regulations and guidelines, Seven 7 Seven reserves the right to end the event for any such violation.

**Rentals and Deliveries.**
Deliveries and pick-ups must be made at the loading zone located on the Laguna Canyon Frontage Road directly in front of the facility. Said deliveries and pick-ups must be made within the established set-up and tear-down times, unless otherwise agreed upon in writing by Seven 7 Seven.

A complete list of outside vendors, contact information, and proof of insurance, must be received by Seven 7 Seven 14 days prior to the event. A list of all staff, volunteers, or any other support personnel not considered a guest of the Customer, must be provided in writing a minimum of 48 hours prior to the scheduled event.

**Entertainment.**

Seven 7 Seven welcomes entertainment in its facility with the following restrictions:

All live entertainment and any amplified music volume levels shall be managed by Seven 7 Seven.

No entertainment sound shall annoy or interfere with surrounding homes or businesses.

The Customer must receive advance written approval from Seven 7 Seven for any entertainment not booked directly by Seven 7 Seven prior to any event. If Seven 7 Seven has contracted the entertainment, additional approval is not required, however the contact information, set-up, and tear-down times, must be received by Seven 7 Seven along with a copy of the proof of insurance for the entertainment 14 days prior to the event.

**Event Décor and Layout.**
Sparklers, Confetti, Rice, Streamers, birdseed, glitter, sand, and any such loose materials are strictly prohibited in or around the Seven 7 Seven facility.

All decorations must be flameproof and free standing and are subject to approval by Seven 7 Seven. No changes or alterations of Seven 7 Seven its art installations shall be permitted except as approved and agreed to by Seven 7 Seven in advance. All temporary signage or posters, if any, must be freestanding, and are subject to prior approval and placement by Seven 7 Seven management. Seven 7 Seven reserves final approval on all floorplans and décor. Upon final approval by Seven 7 Seven, no revisions or alterations may be made.

Any décor that requires attachment in any way must be installed and de-installed by Seven 7 Seven staff only at a fee to the Customer which will be quoted after the approval has been granted by Seven 7 Seven

**Condition of the Facility.**
The Customer shall be liable for the cost of repair of any damage to the facility, the personal property located therein (including without limitation the cost of replacing any damaged fixtures, personal property, or artwork caused by reason of Customer's use of Seven 7 Seven from any cause.

Vendors contracted by Seven 7 Seven shall not be deemed "Customer's Use". Upon arriving for set-up, the Customer and a Seven 7 Seven representative will tour the facility for damages. Any noted prior damage to the facility will be listed in writing to be signed prior to the event by both the Customer (or assigned representative) and Seven 7 Seven management acknowledging the noted damage. Repair or replacement for any damage appearing at the end of the scheduled event that is not listed in this signed document will be the responsibility of the Customer. The security deposit, if required, will be held for a minimum of 7 days following the event and charged for any repairs, damage, replacement, or other costs for damages not previously paid in full.

**Event Security.**
Rental fees left overnight do not include the cost of security. Security, if required, shall be provided by Seven 7 Seven at the Customer's expense.

**Smoke-Free Environment.**
Pursuant to State laws, Seven 7 Seven has adopted a smoke-free policy in all interior facilities. It shall be the responsibility of the Customer to inform of, and enforce, the smoke-free policy. Violation of the smoke-free policy will be cause for immediate termination of the event without refund. However, if there is a minimum violation, the Customer and/or violating guest or guests would be given a warning on this prior to the Customer's event being cancelled.

**Insurance Requirements.**
All caterers and all vendors providing services for scheduled events at Seven 7 Seven must, no less than 7 days prior to the event, provide to Seven 7 Seven Certificates of Insurance indicating evidence of the following coverages:

1. General Liability insuring the Customer against liability for bodily injury (including death) and property damages with minimum limits of $1,000,000.00 general aggregate, $1,000,000.00 per occurrence, $1,000,000.00

E01422

Products Liability naming Seven 7 Seven; 777 Laguna Canyon Road, Inc., and 4G-Ventures, Inc. as Additional Insured.

2. All policies shall be written with insurance companies having a minimum Best's Rating of A-VI and shall provide a 30-day Notice of Cancellation to Seven 7 Seven.

**No Assignment.**
This Event Contract and the rights assigned herein may not be assigned by Customer, either in whole or in part, without the prior written approval of Seven 7 Seven. The Customer may not sub-rent the Seven 7 Seven facilities. By signing this Event Contract, the Customer agrees to comply with, observe and enforce all federal, state, and municipal laws and ordinances in conjunction with the event referenced in this Event Contract.

**License for Use.**
Under no circumstances may the Customer, or Customer's guests, vendors, agents, and assigns use the name, logo, or other identifications of Seven 7 Seven, its premises, or programs for any commercial, advertising, or marketing purpose (including internet broadcast) without prior written consent of Seven 7 Seven management. Photography and videotaping of events at Seven 7 Seven are allowed, however, use of photographs or video for commercial, or publishing purposes must be approved by Seven 7 Seven. It is the responsibility of the Customer to notify its guests, vendors, agents, and assigns of these restrictions.

**Indemnification.**
Customer shall indemnify, defend, and hold harmless Seven 7 Seven and it's owners, directors, officers, partners, members, agents, employees, contractors, licensees and concessionaires from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent or willful act or omission of the Customer and his/her/its agents, contractors, employees, licensees, guests, family, friends, volunteers and concessionaires.

Seven 7 Seven shall indemnify, defend and hold harmless Customer from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent act or omission of Seven 7 Seven and its owners, directors, officers, partners, members, agents and employees.

**Limitation of Liability.**
Seven 7 Seven; Seven 7 Seven Laguna, Inc., 777 Laguna Canyon Road, Inc., 4G-Ventures,, and their owners, directors, officers, partners, members, agents, employees, licensees and volunteers, hereinafter in this section 18 collectively referred to as "Seven 7 Seven", having exercised reasonable care, shall not be responsible for any injury suffered by the Customer, its agents, servants, or guests either in person or property other than by reason of negligence or willful misconduct of Seven 7 Seven on or about the facilities. Other than for reasons of negligence or willful misconduct, Seven 7 Seven shall further have no responsibility for loss or damage to personal property of the Customer, his/her/its agents, contractors, employees, licensees, concessionaires, or guests. Seven 7 Seven reserves the right to substitute equipment of similar capacity, as it deems necessary. This Event Contract shall not be deemed a personal contract of a kind that would deprive Seven 7 Seven of the benefits of any exemption from or limitation of liability under applicable federal, state, and municipal statutes and/or case law, all which benefits are expressly claimed and reserved by Seven 7 Seven.

Seven 7 Seven shall not be liable for special or consequential damages, whether arising from Seven 7 Seven negligence, breach of Contract, or otherwise. Seven 7 Seven cannot be held responsible for extraordinary occurrences beyond its control, which may interfere with the scheduled events. The maximum liability arising from the inability of Seven 7 Seven to furnish the services outlined in this Event Contract shall be limited to a refund of fees paid.

**Notices.**
All notices permitted or required to be given pursuant to this Event Contract may be given by first class mail or overnight mail or courier service to the address of the Customer set forth on page one of this Event Contract and to

E01422 -

Seven 7 Seven at 777 Laguna Canyon Road, Laguna Beach, CA 92651.

**General.**
Full payment shall be made 30 days in advance of the function using the estimated guest attendance as well as projected hosted beverage charges. Client is responsible for any remaining balance and is due at the conclusion of the event. Regardless of charge instructions, the person executing this document shall be jointly and severally responsible for payment of all charges accruing pursuant to this Event Contract. All payments are to be made to SEVEN 7 SEVEN. Should it become necessary to endorse this Event Contract or any of the obligations set forth herein, the prevailing party shall be entitled to all costs of collection including court costs and attorney's fees. Past due balances will bear interest at the rate of ten percent (10%) per annum.

**Time.**
Time is of the essence with respect to all obligations, deliveries, and payments under this Contract Event Contract.

**Force Majeure.**
If the Seven 7 Seven performance under this Event Contract is subjected to acts of God, flood, fire, war government regulation, terrorism, threat of terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, or any other emergency beyond Seven 7 Seven control, making it inadvisable, illegal or impossible to perform its obligations under this Event Contract, then Seven 7 Seven may cancel this Event Contract without liability for any one or more of such reasons upon written notice to Customer. Either party that wishes to cancel the Event Contract pursuant to this clause must provide written notice to the other party identifying the event or circumstance that is the basis for such cancellation within ten (10) days after learning about such event or circumstance. This provision shall not, however, relieve either party from using its reasonable commercial efforts to avoid, remove or mitigate such Force Majeure event and to continue performance with reasonable dispatch whenever such clauses are removed. If the Event Contract is duly canceled under this clause, then Seven 7 Seven shall, within thirty (30) days after such cancellation, refund any deposits made by Group.

**Final and Complete Event Contract.**
This Event Contract represents the final and complete Event Contract of the parties for the rental of Seven 7 Seven facilities and services and this Event Contract hereby supersedes all prior written and/or oral Event Contracts with respect to the rental of the facilities and services. Any modifications or additions to this Event Contract must be in writing and signed by all parties, except as stated otherwise, herein.

| Customer Signature | 8/6/25 Date | Seven 7 Seven Katie Brown | 8/13/25 Date |
|---|---|---|---|



# Event Contract
**Prepared: Friday, May 2, 2025**

| Client/Organization | Event Date | Booking Contact | Telephone | Folio # |
|---|---|---|---|---|
| [redacted] | 12/8/2025 (Mon) | [redacted] | [redacted] | 2025-12-08 |

| Email | Guests | Event Minimum |
|---|---|---|
| [redacted] | 150 (Pln) | $13,999.96 |

| Address | City, St/ProvPostal | Theme | Sales Manager |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] Annual Holiday Luncheon | Nicole Geary |

**VENUE**

| Start | End | Room |
|---|---|---|
| 11:00 am | 3:00 pm | |

**FOOD/SERVICE ITEMS**

| Food/Service Items | Price | Qty | Total |
|---|---|---|---|
| <u>Event Minimum</u> | | | |
| **Event Minimum needs to be met @** | 13,999.96 | | |
| <u>Venue Rental Fee - Discounted (Original $2K)</u><br>**Avalon White Tent & Outdoor Spanish Terrace \| 777**<br>**Based on 4 Event Hours Total** | 500.00 | 1 | 500.00 |

**Venue Rental Fee Includes:**
Bar Set-up
Rounds Tables for Lunch
Table Linen – White, Ivory or Black
Napkins – White, Ivory or Black
Brown Chivari Chairs
All Chinaware to Include: Glassware, Flatware & Salad/Dinner Plates
Maximum Outdoor Heaters

| <u>Labor Fee's</u> | Price | Qty | Total |
|---|---|---|---|
| **Banquet Captain** | 350.00 | 1 | 350.00 |
| **Banquet Servers \| 1 Server per 25 Guests** | 300.00 | 6 | 1,800.00 |
| **Bartenders \| 1 Bartender per 75 Guests** | 300.00 | 2 | 600.00 |
| **AV Tech Support \| To Assist with Questions from Groups DJ and/or Band** | 350.00 | 1 | 350.00 |

<u>Lunch Service</u>

**THREE COURSE PLATED LUNCH**
All Plated Lunch Include Regular and Decaffeinated Coffee, Hot Teas, Bread and Butter Service

Entree pricing is based on three courses. Choice of one soup or salad, one entree and one dessert.

Multiple entree choices are limited to three entrees (Two Proteins and One

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01398 - [redacted]

Vegetarian) and will be charged at the highest priced entree

Entree Counts must be provided 14 days prior to event and group to provide meal indicators at Lunch

**SALAD COURSE:**

**Mediterranean Vegetable Salad**
Assorted Tomatoes, Greek Feta, English Cucumbers, Pickled Red Onion, Red Wine Oregano Vinaigrette

**ENTREE COURSE:**

| | | | |
|---|---|---|---|
| **#__ Roasted Herb Turkey Breast**<br>Garlic Herb Mashed Potatoes and Seasonal Vegetables | 45.00 | 150 | 6,750.00 |
| **#__ Parmesan Tomato Chicken**<br>Artichoke, Olive Lemon Basil, Cous Cous | | | |
| **#__ Risotto Primavera**<br>Seasonal Vegetable Pesto and Parmesan Cheese | | | |

**DESSERT COURSE:**

**Chef's Selection**

## Vendor Meals

| | | | |
|---|---|---|---|
| **Vendor Meals**<br>Chef's Choice of a Hot Entree | 45.00 | | |

## Beverage Service

**Cash Bar | 4 Hours**
**Liquors, Wines, Imported/Domestic Beer, Sodas and Juices**
*Cash Bar Sales will NOT apply towards the Minimum

## In House Event Coordinator

| | | | |
|---|---|---|---|
| **In House Event Coordinator will be Assigned to Group \| Discount (Original $1K)** | 300.00 | 1 | 300.00 |

## Parking

**Guests Parking on Own**

| | |
|---|---|
| Subtotal | 10,650.00 |
| Serv Chg (22%) | 2,343.00 |
| Taxes (7.75%) | 1,006.96 |
| Total Value | 13,999.96 |

Deposit Schedule

| Due | Amount | Comment |
|---|---|---|
| 5/8/2025 | 5,000.00 | Initial Deposit |
| 7/8/2025 | 2,249.99 | 1st Payment - 25% of Total Revenue Minimum |
| 9/8/2025 | 6,749.97 | 2nd Payment - 75% of Total Revenue Minimum |
| 11/24/2025 | 0.00 | Final Payment based off final cost estimate |

5/2/2025 - 3:33:31 PM

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

**Reservation of Date**
This Event Contract is to reserve the date of Monday, December 8, 2025 for a [redacted] Annual Holiday Luncheon at Seven 7 Seven. Event services to be determined by event estimate. A non-refundable payment in the amount of $5,000.00 to be applied to the total Event Cost.

**Guest Count.**
The estimated guest count for this event is 150 guests. Final guaranteed guest count is required 14 days prior to the event. If Seven 7 Seven does not receive a guaranteed guest count 14 days prior to the event, food and beverages will be prepared and charged for the number of guests as stated in this Event Contract. The Customer will be charged for guaranteed guest count or actual guests, whichever is greater.

Seven 7 Seven reserves the right to clear the venue of guests or stop the entry of guests, at its discretion.

**Payment.**
Upon execution of this Event Contract, an initial non-refundable payment for reservation of the event date in the amount of $5,000.00 shall be paid by customer and said payment shall be applied to the total event cost. A payment schedule for the actual contracted amount, accompanied by a detailed cost analysis, shall be arranged at the signing of the Event Contract, and failure to execute by Customer shall be deemed a cancellation by Customer of this Event Event Contract and forfeiture by Customer of all payments made.

**Minimum.**
A minimum of **$13,999.96** will apply to your event. This amount does include taxes and service charges. The contracted revenue minimum plus 22% taxable service charge and 7.75% sales tax is **$13,999.96.** If the minimum is not met, the amount of the difference will be charged as a miscellaneous fee. You may spend more than the minimum based on attendance and menu selections.

Initialed by Customer: [redacted]

Initialed by Seven 7 Seven: NG

**Notice of Availability.**
Seven 7 Seven, located at 777 Laguna Canyon Road, Laguna Beach, California, 92651, is available for private events seven days a week for functions between the hours of 6:00 am and 10:00 pm. All private events are scheduled around the facility's own scheduled programs and activities. Dates for private events are not fully guaranteed until this Event Contract, including the payment schedule, is signed and an original signature is received by Seven 7 Seven.

All events must begin and end at the contracted times. Additional fees will apply for full day rental of the facility or extensions to the length of an event, including set-up times and/or breakdown times.

**Fees.**
Payment of this fee entitles Customer use of the designated facility area(s) for the duration specified for the scheduled event and the use of any other equipment or services provided for in this Event Contract.

The initial deposit in the amount of $5,000.00 may be paid by cash, check, cashiers check or credit card. .

All fees paid by a third party on behalf of Customer shall be deemed by Seven 7 seven as a direct payment by Customer, and any potential refund, under 'Cancellation Policy' section, herein, of all or any portion of said fees paid by a third party shall be made directly by Seven 7 Seven to Customer unless Customer advises Seven 7 Seven otherwise in writing.

**Cancellation Policy:**
All payments are non-refundable and Seven 7 Seven is not responsible for any acts of nature or war and/or any other uncontrollable events that may affect, impair, or suspend the production of this event.

If client, cancels the Event, changes dates, or moves the Event to another city or facility, such decision would constitute a

E01398 -

breach of its obligation to Seven 7 Seven and client, agrees Seven 7 Seven would be harmed. Should clients, Event not be held at Seven 7 Seven, or it is canceled, client will pay Seven 7 Seven, as liquidated damages the cancellation fee as follows. Payment for cancellation fees is due within thirty (30) days after written notification to Seven 7 Seven of the cancellation is received and acknowledged. Cancellation fees are as follows:

| If written notice of cancellation is received: | Assessment |
|---|---|
| 180 days or more prior to 12/8/2025 | 50% of contracted minimum revenue, plus applicable sales tax |
| 179 days - 120 days prior to 12/8/2025 | 80% of contracted minimum revenue, plus applicable sales tax |
| 119 days or less prior 12/8/2025 | 100% of contracted minimum revenue, plus applicable sales tax |

All deposits are non-refundable and non-transferable. Seven 7 Seven will retain all deposits up to the cancellation fee. All advance payments held by Seven 7 Seven are non-refundable and will be applied toward any outstanding charges due to Seven 7 Seven, including liquidated damages due because of cancellation.

Initialed by Customer: ____

Initialed by Seven 7 Seven: NG

**Accommodations.**
Seven 7 Seven personnel will be available prior to the scheduled event to assist with any questions regarding the facility. At least one production meeting and walk-through of the facility must be scheduled with Seven 7 Seven and the Customer after signing of the Event Contract or a minimum of three weeks prior to the scheduled event. A complete timeline of the event, including any approved outside vendors, their contact information and their load-in and strike times must be agreed upon in writing 14 days prior to the event. The Customer must also provide, and Seven 7 Seven must receive the guaranteed final guest count, in writing, 14 days prior to the event. Guests counts may increase with notification to Seven 7 Seven after the 14-day deadline and prior to 3 business days prior to the event and must be approved by Seven 7 Seven, and the Event Contract amount will be adjusted accordingly, and the remaining balance will become immediately due and payable. Once the final count is determined, it may not be decreased. If the actual guest count at the event falls below the guaranteed final guest count, no monies will be refunded to the Customer.

Seven 7 Seven staff will coordinate all vendors throughout the entire event and through clean-up.

Customer acknowledges that Seven 7 seven is in the Civic Art District and cannot be responsible for outside noise that may interfere with the scheduled event.

Seven 7 Seven does not assume any responsibility or liability for the damage or loss of any merchandise left in Seven 7 Seven prior to or following the event.

Client acknowledges that Seven 7 Seven has no responsibility for damages or loss to any personal property, including but not limited to wedding gifts, on or about the premises, and that Seven 7 Seven assumes no bailment for personal property.

**Catering.**
Seven 7 Seven will provide food and beverage services. Any exceptions must be agreed upon and in writing in advance. Seven 7 Seven reserves the right to determine which areas may be used for food and beverage services.

If Seven 7 Seven has approved an outside caterer, throughout the course of the event, a catering manager is required to remain on-site from set-up through final clean-up. Outside caterers are required to keep all food areas, bar areas, and guest tables clean and free of debris and abide by all applicable local, County and State Health Department rules, regulations, and standards at all times. A vendor list of all companies to be on the premises for the event must be sent to Seven 7 Seven no less than 14 days prior to the event. All outside vendors must be approved by Seven 7 Seven.

An outside caterer is required to follow the house rules for the Seven 7 Seven kitchen and is required to bring all its own

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01398 -

cookware and utensils and is not entitled to the use of Seven 7 Seven cookware, utensils, food, condiments, trays, or other items owned by Seven 7 Seven other than the stoves, sinks, counters, and dishwasher.

Seven 7 Seven reserves the right to stop the food service of an outside caterer at any time if the outside caterer fails to comply with all applicable local, County and State Health Department rules, regulations, and standards.

Seven 7 Sevens not responsible to prepare or offer any food to leave the premises.

**Alcohol Service.**
Seven 7 Seven will control all alcohol distribution and service under the requirements of its California State Liquor License.

All alcohol must be purchased through Seven 7 Seven. Alcohol service must be accompanied by the serving of food under the restrictions of this license. Standard alcohol orders must be placed within 14 days prior to the scheduled event date. Specialty alcohol must be ordered no less than 14 days prior to the scheduled event date and the Customer shall pay for all or any portion of said order cancelled or unused by Customer.

The Customer agrees to cooperate fully with Seven 7 Seven personnel in the enforcement of Alcoholic Beverage Control regulations and guidelines relating to the sale and service of alcohol. Violation of these regulations and guidelines will be cause for immediate termination of the event. Seven 7 Seven retains final authority on all alcohol-related issues that may arise in conjunction with any event on-site. Seven 7 Seven retains the right to refuse service of alcoholic beverages at any time and may, at its sole discretion, stop alcohol service if, in the judgment of Seven 7 Seven, there is a violation of California State law.

Should the Customer, or Customer's guests, fail to comply with the above-referenced enforcement of the Alcoholic Beverage Control regulations and guidelines, Seven 7 Seven reserves the right to end the event for any such violation.

**Rentals and Deliveries.**
Deliveries and pick-ups must be made at the loading zone located on the Laguna Canyon Frontage Road directly in front of the facility. Said deliveries and pick-ups must be made within the established set-up and tear-down times, unless otherwise agreed upon in writing by Seven 7 Seven.

A complete list of outside vendors, contact information, and proof of insurance, must be received by Seven 7 Seven 14 days prior to the event. A list of all staff, volunteers, or any other support personnel not considered a guest of the Customer, must be provided in writing a minimum of 48 hours prior to the scheduled event.

**Parking Services.**
Pre-purchase of parking spaces are available starting at a rate of $10.00-$15.00 per vehicle up to 50 spaces, which is subject to change without notice.

**Entertainment.**
Seven 7 Seven welcomes entertainment in its facility with the following restrictions:

All live entertainment and any amplified music volume levels shall be managed by Seven 7 Seven.

No entertainment sound shall annoy or interfere with surrounding homes or businesses.

The Customer must receive advance written approval from Seven 7 Seven for any entertainment not booked directly by Seven 7 Seven prior to any event. If Seven 7 Seven has contracted the entertainment, additional approval is not required, however the contact information, set-up, and tear-down times, must be received by Seven 7 Seven along with a copy of the proof of insurance for the entertainment 14 days prior to the event.

**Event Décor and Layout.**
Sparklers, Confetti, Rice, Streamers, birdseed, glitter, sand, and any such loose materials are strictly prohibited in or

E01398 -

around the Seven 7 Seven facility.

All decorations must be flameproof and free standing and are subject to approval by Seven 7 Seven. No changes or alterations of Seven 7 Seven its art installations shall be permitted except as approved and agreed to by Seven 7 Seven in advance. All temporary signage or posters, if any, must be freestanding, and are subject to prior approval and placement by Seven 7 Seven management. Seven 7 Seven reserves final approval on all floorplans and décor. Upon final approval by Seven 7 Seven, no revisions or alterations may be made.

Any décor that requires attachment in any way must be installed and de-installed by Seven 7 Seven staff only at a fee to the Customer which will be quoted after the approval has been granted by Seven 7 Seven

**Condition of the Facility.**
The Customer shall be liable for the cost of repair of any damage to the facility, the personal property located therein (including without limitation the cost of replacing any damaged fixtures, personal property, or artwork caused by reason of Customer's use of Seven 7 Seven from any cause.

Vendors contracted by Seven 7 Seven shall not be deemed "Customer's Use". Upon arriving for set-up, the Customer and a Seven 7 Seven representative will tour the facility for damages. Any noted prior damage to the facility will be listed in writing to be signed prior to the event by both the Customer (or assigned representative) and Seven 7 Seven management acknowledging the noted damage. Repair or replacement for any damage appearing at the end of the scheduled event that is not listed in this signed document will be the responsibility of the Customer. The security deposit, if required, will be held for a minimum of 7 days following the event and charged for any repairs, damage, replacement, or other costs for damages not previously paid in full.

**Event Security.**
Rental fees left overnight do not include the cost of security. Security, if required, shall be provided by Seven 7 Seven at the Customer's expense.

**Smoke-Free Environment.**
Pursuant to State laws, Seven 7 Seven has adopted a smoke-free policy in all interior facilities. It shall be the responsibility of the Customer to inform of, and enforce, the smoke-free policy. Violation of the smoke-free policy will be cause for immediate termination of the event without refund. However, if there is a minimum violation, the Customer and/or violating guest or guests would be given a warning on this prior to the Customer's event being cancelled.

**Insurance Requirements.**
All caterers and all vendors providing services for scheduled events at Seven 7 Seven must, no less than 7 days prior to the event, provide to Seven 7 Seven Certificates of Insurance indicating evidence of the following coverages:

1. General Liability insuring the Customer against liability for bodily injury (including death) and property damages with minimum limits of $1,000,000.00 general aggregate, $1,000,000.00 per occurrence, $1,000,000.00 Products Liability naming Seven 7 Seven; 777 Laguna Canyon Road, Inc., and 4G-Ventures, Inc. as Additional Insured.

2. All policies shall be written with insurance companies having a minimum Best's Rating of A-VI and shall provide a 30-day Notice of Cancellation to Seven 7 Seven.

**No Assignment.**
This Event Contract and the rights assigned herein may not be assigned by Customer, either in whole or in part, without the prior written approval of Seven 7 Seven. The Customer may not sub-rent the Seven 7 Seven facilities. By signing this Event Contract, the Customer agrees to comply with, observe and enforce all federal, state, and municipal laws and ordinances in conjunction with the event referenced in this Event Contract.

**License for Use.**
Under no circumstances may the Customer, or Customer's guests, vendors, agents, and assigns use the name, logo, or

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

E01398 -

other identifications of Seven 7 Seven, its premises, or programs for any commercial, advertising, or marketing purpose (including internet broadcast) without prior written consent of Seven 7 Seven management. Photography and videotaping of events at Seven 7 Seven are allowed, however, use of photographs or video for commercial, or publishing purposes must be approved by Seven 7 Seven. It is the responsibility of the Customer to notify its guests, vendors, agents, and assigns of these restrictions.

**Indemnification.**
Customer shall indemnify, defend, and hold harmless Seven 7 Seven and it's owners, directors, officers, partners, members, agents, employees, contractors, licensees and concessionaires from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent or willful act or omission of the Customer and his/her/its agents, contractors, employees, licensees, guests, family, friends, volunteers and concessionaires.

Seven 7 Seven shall indemnify, defend and hold harmless Customer from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent act or omission of Seven 7 Seven and its owners, directors, officers, partners, members, agents and employees.

**Limitation of Liability.**
Seven 7 Seven; Seven 7 Seven Laguna, Inc., 777 Laguna Canyon Road, Inc., 4G-Ventures,, and their owners, directors, officers, partners, members, agents, employees, licensees and volunteers, hereinafter in this section 18 collectively referred to as "Seven 7 Seven", having exercised reasonable care, shall not be responsible for any injury suffered by the Customer, its agents, servants, or guests either in person or property other than by reason of negligence or willful misconduct of Seven 7 Seven on or about the facilities. Other than for reasons of negligence or willful misconduct, Seven 7 Seven shall further have no responsibility for loss or damage to personal property of the Customer, his/her/its agents, contractors, employees, licensees, concessionaires, or guests. Seven 7 Seven reserves the right to substitute equipment of similar capacity, as it deems necessary. This Event Contract shall not be deemed a personal contract of a kind that would deprive Seven 7 Seven of the benefits of any exemption from or limitation of liability under applicable federal, state, and municipal statutes and/or case law, all which benefits are expressly claimed and reserved by Seven 7 Seven.

Seven 7 Seven shall not be liable for special or consequential damages, whether arising from Seven 7 Seven negligence, breach of Contract, or otherwise. Seven 7 Seven cannot be held responsible for extraordinary occurrences beyond its control, which may interfere with the scheduled events. The maximum liability arising from the inability of Seven 7 Seven to furnish the services outlined in this Event Contract shall be limited to a refund of fees paid.

**Notices.**
All notices permitted or required to be given pursuant to this Event Contract may be given by first class mail or overnight mail or courier service to the address of the Customer set forth on page one of this Event Contract and to Seven 7 Seven at 777 Laguna Canyon Road, Laguna Beach, CA 92651.

**General.**
Full payment shall be made 30 days in advance of the function using the estimated guest attendance as well as projected hosted beverage charges. Client is responsible for any remaining balance and is due at the conclusion of the event. Regardless of charge instructions, the person executing this document shall be jointly and severally responsible for payment of all charges accruing pursuant to this Event Contract. All payments are to be made to SEVEN 7 SEVEN. Should it become necessary to endorse this Event Contract or any of the obligations set forth herein, the prevailing party shall be entitled to all costs of collection including court costs and attorney's fees. Past due balances will bear interest at the rate of ten percent (10%) per annum.

**Time.**
Time is of the essence with respect to all obligations, deliveries, and payments under this Contract Event Contract.

**Force Majeure.**

E01398 -

If the Seven 7 Seven performance under this Event Contract is subjected to acts of God, flood, fire, war, government regulation, terrorism, threat of terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, or any other emergency beyond Seven 7 Seven control, making it inadvisable, illegal or impossible to perform its obligations under this Event Contract, then Seven 7 Seven may cancel this Event Contract without liability for any one or more of such reasons upon written notice to Customer. Either party that wishes to cancel the Event Contract pursuant to this clause must provide written notice to the other party identifying the event or circumstance that is the basis for such cancellation within ten (10) days after learning about such event or circumstance. This provision shall not, however, relieve either party from using its reasonable commercial efforts to avoid, remove or mitigate such Force Majeure event and to continue performance with reasonable dispatch whenever such clauses are removed. If the Event Contract is duly cancelled under this clause, then Seven 7 Seven shall, within thirty (30) days after such cancellation, refund any deposits made by Group.

**Final and Complete Event Contract.**

This Event Contract represents the final and complete Event Contract of the parties for the rental of Seven 7 Seven facilities and services and this Event Contract hereby supersedes all prior written and/or oral Event Contracts with respect to the rental of the facilities and services. Any modifications or additions to this Event Contract must be in writing and signed by all parties, except as stated otherwise, herein.

| | 5/6/2025 | Nicole Geary | 5/21/2025 |
|---|---|---|---|
| Customer Signature | Date | Seven 7 Seven<br>Nicole Geary | Date |

Seven7Seven
777 Laguna Canyon Rd, Laguna Beach, CA 92651
949-494-6044 (p) 777lagunabeach.com

[seven-degrees]

# Event Contract

Prepared: Friday, September 26, 2025

| Client/Organization | Event Date | Booking Contact | Telephone | Folio # |
|---|---|---|---|---|
| [redacted] | 2/19/2026 (Thu) | [redacted] | [redacted] | 2026-02-19 |
| **Email** | | **Guests** | **Event Minimum** | |
| scrogers949@gmail.com | | 40 (Pln) | $27,421.51 | |
| **Address** | **City, St/Prov Postal** | **Theme** | **Sales Manager** | |
| [redacted] | [redacted] | Sleep ROI | Nicole Geary | |

VENUE

| Date | Start | End |
|---|---|---|
| 2/19/2026-Thu | 6:00 pm | 10:00 pm |

FOOD/SERVICE ITEMS

| Food/Service Items | Price | Qty | Total |
|---|---|---|---|
| **Event Minimums** | | | |
| **Evening Event Minimum** | 27,421.51 | | |
| **Venue Rental Fee** | | | |
| **Rental Fee \| Thur 2/19/26 \| 4 hrs \| 50 Guests**<br>**Media Lounge**<br>Event Hours \| 6:00pm - 10:00pm \| Based on a Minimum of 4 Hours<br>Venue Set-Up (2 Hours of Set-up Prior to Event Start Time)<br>Venue Tear Down (1 Hour of Tear Down starting at Event End Time)<br><br>**Venue Rental Fee for Event Night Includes:**<br>Bar Set-up<br>Mix of Tall, Low Cocktail & Round Tables for Standing & Seated<br>Table Linen – Black, White or Ivory<br>Linen Napkins - Black, White or ivory<br>Roll-up Linen Napkins w/ Silverware & Plates at Stations<br>Maximum Outdoor Heaters | 7,500.00 | 1 | 7,500.00 |
| **Labor Fee's** | | | |
| **Event Service Manager** | 350.00 | 1 | 350.00 |
| **Event Servers \| 1 Server per 25 Guests** | 300.00 | 2 | 600.00 |
| **Bartenders \| 1 Bartender per 75 Guests** | 300.00 | 1 | 300.00 |
| **AV Tech Support \| To Assist with AV Items**<br>*Venue charges an AV Tech unless Group decides to add our AV Package* | 350.00 | | |
| **In House Event Coordinator will be Assigned to Group** | 1,500.00 | 1 | 1,500.00 |
| **Food Service** | | | |
| Hors d'oeuvre Station | | | |
| **Grazing Cheese & Charcuterie Board**<br>Assorted Domestic/Imported Cheese & Meats,<br>Seasonal Fruits, Nuts, Jams, Mustards & Mix of<br>Bread and Crackers | 35.00 | 40 | 1,400.00 |

E01425

**Dinner Stations**

**Food Station Menu I Total of Four Food Stations**
Require a Minimum of Four Stations (Not Including Dessert Station)
Refer to our Catering Menus for Food Station Selections

**Food Stations Includes:**
Regular/Decaffeinated Coffee & Hot Tea Station

| Item | Price | Qty | Total |
|---|---|---|---|
| **Tomahawk Carving Station**<br>Served with Au Jus Sauce, Freshly Prepared Creamy Horseradish & Stone Grain Mustard Sauces | 38.00 | 40 | 1,520.00 |
| **Chef Carver - Tomahawk Station** | 250.00 | 1 | 250.00 |
| **Pasta Carbonara Station**<br>Served with a choice of Bacon Bites, Grated Parmesan Cheese and Oven Roasted Tomatoes<br>Serviced from a Parmesan Wheel | 22.00 | 40 | 880.00 |
| **Chef Attendant - Pasta Station** | 250.00 | 1 | 250.00 |
| **Grilled Caesar Salad Station**<br>Fresh and Grilled to Order Hearts of Romaine Char-Caesar Salad<br>Served with a Choice of Grana Padano, Fried Bread Croutons, Apple Cider Pickled Shallots and Garlic Peppercorn Dressing | 16.00 | 40 | 640.00 |
| **Chef Attendant - Grilled Ceasar Station** | 250.00 | 1 | 250.00 |
| **Mascarpone Wipped Potato Station**<br>Choice of Parmesan Cheese, Minced Smoked Bacon, Chives, Crispy Onions, Demi Wild Mushrooms | 25.00 | 40 | 1,000.00 |

**Plated Dessert Selections**

Please choose your Plated Dessert from the Menus

## Vendor or Volunteer Staff Meals

**Vendor or Volunteer Staff**
Will be added to the Food Stations

## Beverage Service

| Item | Price | Qty | Total |
|---|---|---|---|
| **Masterpiece Bar Package: Up to 4 Hour of Service**<br>Included in Masterpiece Bar Package - Reference to Menus | 73.00 | 40 | 2,920.00 |

## Audio Visual | TBD on the Client

| Item | Price | Qty | Total |
|---|---|---|---|
| **AV Package @ $1,500 to Include:**<br>(8) 22" TV's<br>(1) 52" Foyer TV<br>(3) 96" Projectors<br>Wall Colored Lights in Media Lounge<br>Sound System & Microphone | 1,500.00 | 1 | 1,500.00 |

E01425 -

## Parking | TBD on the Client

**50 Parking Spaces @ $10-$15/per space**

**Parking Attendant @ $350**
***Please ask Sales if you wish to add this to the estimate**

| | |
|---|---|
| Subtotal | 20,860.00 |
| Serv Chg (22%) | 4,589.20 |
| Taxes (7.75%) | 1,972.31 |
| Total Value | 27,421.51 |

Deposit Schedule

| Due | Amount | Comment |
|---|---|---|
| 9/26/2025 | 5,000.00 | Initial Deposit |
| 10/19/2025 | 5,605.38 | 1st Payment - 25% of Total Revenue Minimum |
| 12/19/2025 | 16,816.13 | 2nd Payment - 75% of Total Revenue Minimum |
| 2/5/2026 | 0.00 | Final Payment based off final cost estimate |

**Reservation of Date**
This Event Contract is to reserve the date of Thursday, February 19, 2026 for a Sleep ROI at Seven Degrees. Event services to be determined by event estimate. A non-refundable payment in the amount of $5,000.00 to be applied to the total Event cost.

**Guest Count.**
The estimated guest count for this event is 40 guests. Final guaranteed guest count is required 14 days prior to the event. If Seven Degrees does not receive a guaranteed guest count 14 days prior to the event, food and beverages will be prepared and charged for the number of guests as stated in this Event Contract. The Customer will be charged for guaranteed guest count or actual guests, whichever is greater.

Seven Degrees reserves the right to clear the venue of guests or stop the entry of guests, at its discretion.

**Payment.**
Upon execution of this Event Contract, an initial non-refundable payment for reservation of the event date in the amount of $5,000.00 shall be paid by customer and said payment shall be applied to the total event cost. A payment schedule for the actual contracted amount, accompanied by a detailed cost analysis is on this Event Contract and failure to execute by Customer shall be deemed a cancellation by Customer of this Event Contract and forfeiture by Customer of all payments made.

**Minimum.**
A minimum of **$27,421.51** total will apply to your event. This amount does include taxes & service charges. The contracted revenue minimum plus 22% taxable service charge and 7.75% sales tax is **$27,421.51** If the minimum is not met, the amount of the difference will be charged as a miscellaneous fee. You may spend more than the minimum based on attendance and menu selections.

Initialed by Customer: ______

Initialed by Seven Degrees: NG

**Notice of Availability.**
Seven Degrees, located at 891 Laguna Canyon Road, Laguna Beach, California, 92651, is available for private events seven days a week for functions between the hours of 6:00 am and 1:00 am. All private events are scheduled around the

facility's own scheduled programs and activities. Dates for private events are not fully guaranteed until this Event Contract, including the payment schedule, is signed and an original signature is received by Seven Degrees.

All events must begin and end at the contracted times. Additional fees will apply for full day rental of the facility or extensions to the length of an event, including set-up times and/or breakdown times.

**Fees.**
Payment of this fee entitles Customer to use l use of the designated facility area(s) for the duration specified for the scheduled event and the use of any other equipment or services provided for in this Event Contract.

The Initial Deposit in the amount of $5,000.00 may be paid by cash, check, cashiers check or credit card.

All fees paid by a third party on behalf of Customer shall be deemed by Seven Degrees as a direct payment by Customer, and any potential refund, under 'Cancellation Policy' section, herein, of all or any portion of said fees paid by a third party shall be made directly by Seven Degrees to Customer unless Customer advises Seven Degrees otherwise in writing.

**Cancellation Policy:**
All payments are non-refundable and Seven Degrees is not responsible for any acts of nature or war and/or any other uncontrollable events that may affect, impair, or suspend the production of this event.

If client, cancels the Event, changes dates, or moves the Event to another city or facility, such decision would constitute a breach of its obligation to Seven Degrees and client, agrees Seven Degrees would be harmed. Should clients, Event not be held at Seven Degrees, or it is canceled, client will pay Seven Degrees, as liquidated damages the cancellation fee as follows. Payment for cancellation fees is due within thirty (30) days after written notification to Seven Degrees of the cancellation is received and acknowledged. Cancellation fees are as follows:

| If written notice of cancellation is received: | Assessment |
|---|---|
| 170 days - 120 days prior to 2/19/2026 | 80% of contracted minimum revenue, plus applicable sales tax |
| 119 days or less prior 2/19/2026 | 100% of contracted minimum revenue, plus applicable sales tax |

All deposits are non-refundable and non-transferable. Seven Degrees will retain all deposits up to the cancellation fee. All advance payments held by Seven Degrees are non-refundable and will be applied toward any outstanding charges due to Seven Degrees, including liquidated damages due as a result of cancellation.

Initialed by Customer: ____

Initialed by Seven Degrees: NG

**Accommodations.**
Seven Degrees personnel will be available prior to the scheduled event to assist with any questions regarding the facility. At least one production meeting and walk-through of the facility must be scheduled with Seven Degrees and the Customer after signing of the Event Contract or a minimum of three weeks prior to the scheduled event. A complete time line of the event, including any approved outside vendors, their contact information and their load-in and strike times must be agreed upon in writing 14 days prior to the event. The Customer must also provide, and Seven Degrees must receive the guaranteed final guest count, in writing, 14 days prior to the event. Guests counts may increase with notification to Seven Degrees after the 14-day deadline and prior to 3 business days prior to the event and must be approved by Seven Degrees, and the Event Contract amount will be adjusted accordingly, and the remaining balance will become immediately due and payable. Once the final count is determined, it may not be decreased. If the actual guest count at the event falls below the guaranteed final guest count, no monies will be refunded to the Customer.

Seven Degrees staff will coordinate all vendors throughout the entire event and through clean-up.

Customer acknowledges that Seven Degrees is in the Civic Art District and cannot be responsible for outside noise that may interfere with the scheduled event.

Seven Degrees does not assume any responsibility or liability for the damage or loss of any merchandise left in Seven Degrees prior to or following the event.

Client acknowledges that Seven Degrees has no responsibility for damages or loss to any personal property, including but not limited to wedding gifts, on or about the premises, and that Seven Degrees assumes no bailment for personal property.

**Catering.**
Seven Degrees will provide food and beverage services. Any exceptions must be agreed upon and in writing in advance. Seven Degrees reserves the right to determine which areas may be used for food and beverage services.

If Seven Degrees has approved an outside caterer, throughout the course of the event, a catering manager is required to remain on-site from set-up through final clean-up. Outside caterers are required to keep all food areas, bar areas, and guest tables clean and free of debris and abide by all applicable local, County and State Health Department rules, regulations and standards at all times. A vendor list of all companies to be on the premises for the event must be sent to Seven Degrees no less than 14 days prior to the event. All outside vendors must be approved by Seven Degrees.

An outside caterer is required to follow the house rules for the Seven Degrees kitchen and is required to bring all its own cookware and utensils and is not entitled to the use of Seven Degrees cookware, utensils, food, condiments, trays, or other items owned by Seven Degrees other than the stoves, sinks, counters, and dishwasher.

Seven Degrees reserves the right to stop the food service of an outside caterer at any time if the outside caterer fails to comply with all applicable local, County and State Health Department rules, regulations, and standards.

Seven Degrees is not responsible to prepare or offer any food to leave the premises.

**Alcohol Service.**
Seven Degrees will control all alcohol distribution and service under the requirements of its California State Liquor License.

All alcohol must be purchased through Seven Degrees. Alcohol service must be accompanied by the serving of food under the restrictions of this license. Standard alcohol orders must be placed within 14 days prior to the scheduled event date. Specialty alcohol must be ordered no less than 14 days prior to the scheduled event date and the Customer shall pay for all or any portion of said order cancelled or unused by Customer.

The Customer agrees to cooperate fully with Seven Degrees personnel in the enforcement of Alcoholic Beverage Control regulations and guidelines relating to the sale and service of alcohol. Violation of these regulations and guidelines will be cause for immediate termination of the event. Seven Degrees retains final authority on all alcohol-related issues that may arise in conjunction with any event on-site. Seven Degrees retains the right to refuse service of alcoholic beverages at any time and may, at its sole discretion, stop alcohol service if, in the judgment of Seven Degrees, there is a violation of California State law.

Should the Customer, or Customer's guests, fail to comply with the above-referenced enforcement of the Alcoholic Beverage Control regulations and guidelines, Seven Degrees reserves the right to end the event for any such violation.

**Rentals and Deliveries.**
Deliveries and pick-ups must be made at the loading zone located on the Laguna Canyon Frontage Road directly in front of the facility. Said deliveries and pick-ups must be made within the established set-up and tear-down times, unless otherwise agreed upon in writing by Seven Degrees.

A complete list of outside vendors, contact information, and proof of insurance, must be received by Seven Degrees 14



days prior to the event. A list of all staff, volunteers, or any other support personnel not considered a guest of the Customer, must be provided in writing a minimum of 48 hours prior to the scheduled event.

**Entertainment.**
Seven Degrees welcomes entertainment in its facility with the following restrictions:

All live entertainment and any amplified music volume levels shall be managed by Seven Degrees.

No entertainment sound shall annoy or interfere with surrounding homes or businesses.

The Customer must receive advance written approval from Seven Degrees for any entertainment not booked directly by Seven Degrees prior to any event. If Seven Degrees has contracted the entertainment, additional approval is not required, however the contact information, set-up and tear-down times, must be received by Seven Degrees along with a copy of the proof of insurance for the entertainment 14 days prior to the event.

**Event Décor and Layout.**
Confetti, Rice, Streamers, birdseed, glitter, sand, and any such loose materials are strictly prohibited in or around the Seven Degrees facility.

All decorations must be flameproof and free standing and are subject to approval by Seven Degrees. No changes or alterations of Seven Degrees or its art installations shall be permitted except as approved and agreed to by Seven Degrees in advance. All temporary signage or posters, if any, must be freestanding, and are subject to prior approval and placement by Seven Degrees management. Seven Degrees reserves final approval on all floorplans and décor. Upon final approval by Seven Degrees, no revisions or alterations may be made.

Any décor that requires attachment in any way must be installed and de-installed by Seven Degrees staff only at a fee to the Customer which will be quoted after the approval has been granted by Seven Degrees.

**Condition of the Facility.**
The Customer shall be liable for the cost of repair of any damage to the facility, the personal property located therein (including without limitation the cost of replacing any damaged fixtures, personal property, or artwork caused by reason of Customer's use of Seven Degrees from any cause.

Vendors contracted by Seven Degrees shall not be deemed "Customer's Use". Upon arriving for set-up, the Customer and a Seven Degrees representative will tour the facility for damages. Any noted prior damage to the facility will be listed in writing to be signed prior to the event by both the Customer (or assigned representative) and Seven Degrees management acknowledging the noted damage. Repair or replacement for any damage appearing at the end of the scheduled event that is not listed in this signed document will be the responsibility of the Customer. The security deposit, if required, will be held for a minimum of 7 days following the event and charged for any repairs, damage, replacement or other costs for damages not previously paid in full.

**Event Security.**
Rental fees left overnight do not include the cost of security. Security, if required, shall be provided by Seven Degrees at the Customer's expense.

**Smoke-Free Environment.**
Pursuant to State laws, Seven Degrees has adopted a smoke-free policy in all interior facilities. It shall be the responsibility of the Customer to inform of, and enforce, the smoke-free policy. Violation of the smoke-free policy will be cause for immediate termination of the event without refund. However, if there is a minimum violation, the Customer and/or violating guest or guests would be given a warning on this prior to the Customer's event being cancelled.

**Insurance Requirements.**
All caterers and all vendors providing services for scheduled events at Seven Degrees must, no less than 7 days prior to

S

the event, provide to Seven Degrees Certificates of Insurance indicating evidence of the following coverages:

1. General Liability insuring the Customer against liability for bodily injury (including death) and property damages with minimum limits of $1,000,000.00 general aggregate, $1,000,000.00 per occurrence, $1,000,000.00 Products Liability naming Seven Degrees; 891 Laguna Canyon Road, Inc., and 4G-Ventures, Inc. as Additional Insured.

2. All policies shall be written with insurance companies having a minimum Best's Rating of A-VI and shall provide a 30-day Notice of Cancellation to Seven Degrees.

**No Assignment.**
This Event Contract and the rights assigned herein may not be assigned by Customer, either in whole or in part, without the prior written approval of Seven Degrees. The Customer may not sub-rent the Seven Degrees facilities. By signing this Event Contract, the Customer agrees to comply with, observe and enforce all federal, state, and municipal laws and ordinances in conjunction with the event referenced in this Event Contract.

**License for Use.**
Under no circumstances may the Customer, or Customer's guests, vendors, agents, and assigns use the name, logo, or other identifications of Seven Degrees, its premises, or programs for any commercial, advertising, or marketing purpose (including internet broadcast) without prior written consent of Seven Degrees management. Photography and videotaping of events at Seven Degrees are allowed, however, use of photographs or video for commercial, or publishing purposes must be approved by Seven Degrees. It is the responsibility of the Customer to notify its guests, vendors, agents, and assigns of these restrictions.

**Indemnification.**
Customer shall indemnify, defend, and hold harmless Seven Degrees and it's owners, directors, officers, partners, members, agents, employees, contractors, licensees and concessionaires from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent or willful act or omission of the Customer and his/her/its agents, contractors, employees, licensees, guests, family, friends, volunteers and concessionaires.

Seven Degrees shall indemnify, defend and hold harmless Customer from and against all claims, demands, causes of action, liabilities, losses or damages (including without limitation, attorney's fees and costs) arising from any negligent act or omission of Seven Degrees and its owners, directors, officers, partners, members, agents and employees.

**Limitation of Liability.**
Seven Degrees ; Seven Degrees Laguna, Inc., 891 Laguna Canyon Road, Inc., 4G-Ventures,, and their owners, directors, officers, partners, members, agents, employees, licensees and volunteers, hereinafter in this section 18 collectively referred to as "Seven Degrees ", having exercised reasonable care, shall not be responsible for any injury suffered by the Customer, its agents, servants, or guests either in person or property other than by reason of negligence or willful misconduct of Seven Degrees on or about the facilities. Other than for reasons of negligence or willful misconduct, Seven Degrees shall further have no responsibility for loss or damage to personal property of the Customer, his/her/its agents, contractors, employees, licensees, concessionaires, or guests. Seven Degrees reserves the right to substitute equipment of similar capacity, as it deems necessary. This Event Contract shall not be deemed a personal contract of a kind that would deprive Seven Degrees of the benefits of any exemption from or limitation of liability under applicable federal, state, and municipal statutes and/or case law, all which benefits are expressly claimed and reserved by Seven Degrees.

Seven Degrees shall not be liable for special or consequential damages, whether arising from Seven Degrees negligence, breach of Contract, or otherwise. Seven Degrees cannot be held responsible for extraordinary occurrences beyond its control, which may interfere with the scheduled events. The maximum liability arising from the inability of Seven Degrees to furnish the services outlined in this Event Contract shall be limited to a refund of fees paid.

**Notices.**

All notices permitted or required to be given pursuant to this Event Contract may be given by first class mail or overnight mail or courier service to the address of the Customer set forth on page one of this Event Contract and to Seven Degrees at 891 Laguna Canyon Road, Laguna Beach, CA 92651.

**General.**
Full payment shall be made 30 days in advance of the function using the estimated guest attendance as well as projected hosted beverage charges. Client is responsible for any remaining balance and is due at the conclusion of the event. Regardless of charge instructions, the person executing this document shall be jointly and severally responsible for payment of all charges accruing pursuant to this Event Contract. All payments are to be made to SEVEN DEGREES. Should it become necessary to endorse this Event Contract or any of the obligations set forth herein, the prevailing party shall be entitled to all costs of collection including court costs and attorney's fees. Past due balances will bear interest at the rate of ten percent (10%) per annum.

**Time.**
Time is of the essence with respect to all obligations, deliveries, and payments under this Contract Event Contract.

**Force Majeure.**
If the Seven Degrees performance under this Event Contract is subjected to acts of God, flood, fire, war, government regulation, terrorism, threat of terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, or any other emergency beyond Seven Degrees control, making it inadvisable, illegal or impossible to perform its obligations under this Event Contract, then Seven Degrees may cancel this Event Contract without liability for any one or more of such reasons upon written notice to Customer. Either party that wishes to cancel the Event Contract pursuant to this clause must provide written notice to the other party identifying the event or circumstance that is the basis for such cancellation within ten (10) days after learning about such event or circumstance. This provision shall not, however, relieve either party from using its reasonable commercial efforts to avoid, remove or mitigate such Force Majeure event and to continue performance with reasonable dispatch whenever such clauses are removed. If the Event Contract is duly cancelled under this clause, then Seven Degrees shall, within thirty (30) days after such cancellation, refund any deposits made by Group.

**Final and Complete Event Contract.**
This Event Contract represents the final and complete Event Contract of the parties for the rental of Seven Degrees facilities and services and this Event Contract hereby supersedes all prior written and/or oral Event Contracts with respect to the rental of the facilities and services. Any modifications or additions to this Event Contract must be in writing and signed by all parties, except as stated otherwise, herein.

| Customer Signature | 09.30.25<br>Date | Nicole Geary<br>Seven Degrees<br>Nicole Geary | 9/30/2025<br>Date |
|---|---|---|---|

Main Document Page 41 of 61

# EXHIBIT 3

## Seven Degrees
## Statement of Information

EXHIBIT 3 - Page 41



BA20251697626

B3953-4444 08/21/2025 12:45 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251697626
Date Filed: 8/21/2025

Entity Details

| | |
|---|---|
| Corporation Name | SEVEN DEGREES LAGUNA, INC. |
| Entity No. | 4011098 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 520 NEWPORT CENTER DRIVE<br>STE 480<br>NEWPORT BEACH, CA 92660 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 520 NEWPORT CENTER DRIVE<br>STE 480<br>NEWPORT BEACH, CA 92660 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 520 NEWPORT CENTER DRIVE<br>SUITE 480<br>NEWPORT BEACH, CA 92660 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Deba Shyam | 520 NEWPORT CENTER DRIVE<br>STE 480<br>NEWPORT BEACH, CA 92660 | Chief Executive Officer, Chief Financial Officer, Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| Deba Shyam | 520 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CALIFORNIA CORPORATE AGENTS, INC.<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | OPERATIONS/MANAGEMENT |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| *Deba J Shyam* | *08/21/2025* |
| --- | --- |
| Signature | Date |

B3953-4445 08/21/2025 12:45 PM Received by California Secretary of State

Main Document Page 44 of 61

# EXHIBIT 4

# MOM CA Investco LLC
# Petition

EXHIBIT 4 - Page 44

Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Delaware (State)

Case number (If known): Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** MOM CA Investco LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 86-4006263

4. **Debtor's address**

**Principal place of business**

520 Newport Center Drive # 480
Number Street

Newport Beach, CA 92660
City State ZIP Code

Orange County
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

5. **Debtor's website** (URL) N/A

Debtor MOM CA Investco LLC
Name

Case number (*if known*)

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

Debtor MOM CA Investco LLC Case number (if known)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor See attached Relationship
District When MM / DD / YYYY
Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number Street

City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Case 25-10321-BLS Doc 1 Filed 02/28/25 Page 4 of 11

Debtor _MOM CA Investco LLC
Name

Case number (if known)

| | | | |
|---|---|---|---|
| 15. **Estimated assets** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ☒ $100,000,001-$500 million | ❑ More than $50 billion |
| 16. **Estimated liabilities** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ☒ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/28/2025
MM / DD / YYYY

✘ /s/ Deba Shyam
Signature of authorized representative of debtor

Deba Shyam
Printed name

Title Manager of MOM CA Manager LLC, sole Managing Manager of MOM CA Investco LLC

18. **Signature of attorney**

✘ /s/ Christopher M. Samis
Signature of attorney for debtor

Date 02/28/2025
MM / DD / YYYY

Christopher M. Samis
Printed name

Potter Anderson & Corroon LLP
Firm name

1313 North Market Street, 6th Floor
Number Street

Wilmington
City

DE`
State

19801
ZIP Code

(302) 984-6000
Contact phone

csamis@potteranderson.com
Email address

4909
Bar number

DE
State

**List of Affiliate Debtors Filing Chapter 11 Cases**

| Debtor | Relationship | District | Filing Date |
|---|---|---|---|
| MOM AS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM BS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM CA Investco LLC | Affiliate | Delaware | February 28, 2025 |

**WRITTEN CONSENT OF THE SOLE MANAGING MANAGER
OF MOM CA INVESTCO LLC**

**February 27, 2025**

WHEREAS MOM CA MANAGER LLC, the sole Managing Manager (the "Managing Manager") of MOM CA INVESTCO LLC, a Delaware Limited Liability Company (the "Company"), does hereby consent to, adopt, and approve by written consent, in accordance with sections 18-302 and 18-404 of the Delaware Limited Liability Company Act, the following resolutions and each and every action affected thereby;

WHEREAS in the business judgment of the Managing Manager, it is desirable and in the best interests of the Company that the Company shall be, and hereby is, in all respects, authorized to file, or cause to be filed, a voluntary petition (a "Bankruptcy Petition") for relief commencing a case (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS the Managing Manager has reviewed and considered information available to it and presented by its advisors, as applicable, regarding the liabilities, assets, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the financial and operational condition of the Company;

WHEREAS the Managing Manager has reviewed and considered the need for the Authorized Person (as defined below) to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of the Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions;

WHEREAS the Managing Manager has reviewed and considered certain actions that may have been taken previously by any director, officer, employee, manager, member, or agent of the Company in connection with or with respect to the matters set forth in the below resolutions; and

WHEREAS the Managing Manager desires to approve the following resolutions with respect to the Company.

**CHAPTER 11 CASE**

NOW, THEREFORE, BE IT RESOLVED that the Managing Manager hereby authorizes and empowers Mark Shinderman (the "Authorized Person") in the name and on behalf of the Company, to execute and file a petition to commence a case and obtain relief under chapter 11 of the Bankruptcy Code (a case commenced as a result of the voluntary petition, a "Chapter 11 Case" and, collectively and jointly with any cases to be commenced by an affiliate of the company (the "Affiliated Companies"), the "Chapter 11 Cases") in the Bankruptcy Court and to cause the schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents to be filed, and take any and all actions that they deem necessary or proper to obtain relief from the Bankruptcy Court, including, without limitation, any action necessary to maintain

the operation of the Company's business in the ordinary course.

**RETENTION OF PROFESSIONALS**

IT IS FURTHER RESOLVED, that the Managing Manager hereby authorizes and empowers the Authorized Person, in the name and on behalf of the Company, to employ or continue to employ certain firms as counsel, consultants, professionals, or financial advisors to the Company as such Authorized Person may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, that the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such firms.

IT IS FURTHER RESOLVED, that the Authorized Person be, and hereby is, authorized and directed to employ (a) the law firm of Buchalter, a Professional Corporation ("Buchalter"), as lead restructuring counsel, (b) the law firm of Potter Anderson & Corroon LLP ("Potter Anderson"), as restructuring co-counsel, local counsel, and, to the extent necessary, conflicts counsel, (c) FTI Consulting, Inc. ("FTI"), acting through Mark Shinderman or such other person as may be determined by the Authorized Person, as chief restructuring officer of the Company (the "CRO"), and (d) any other legal counsel, accountant, financial advisor, claims agent, restructuring advisor, broker, or other professional the Authorized Person deems necessary, appropriate, or advisable to retain (together with Buchalter, Potter Anderson, and FTI, the "Retained Professionals") in each case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of each of the Retained Professionals;

IT IS FURTHER RESOLVED that the Authorized Person be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, claims agents, and other professionals and to take and perform any and all further acts and deeds that the Authorized Person deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

**GENERAL**

IT IS FURTHER RESOLVED that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of the Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution

of the Company; and

IT IS FURTHER RESOLVED that the Managing Manager, with respect to the Company, has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

IN WITNESS WHEREOF, the undersigned has executed this Consent as of this 27th day of February, 2025.

MOM CA Manager LLC, sole managing manager of MOM CA Investco LLC

By: */s/ Deba Shyam*

Deba Shyam, Manager

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOM CA Investco LLC,[1] | : | Case No. 25- [____] (___) |
| Debtor. | : | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-caption debtor.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| MOM CA Investor Group LLC | 80.1% |
| Mohammed Honarkar | 19.9% |

[1] The Debtor's mailing address is 520 Newport Center Drive # 480, Newport Beach, CA 92660, and the last four digits of the Debtor's federal tax identification number are 6263.

| Fill in this information to identify the case: |
|---|
| Debtor name MOM CA Investco LLC |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (If known): |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A&S Accounting Solutions<br>321 5th Street<br>Huntington Beach, CA 92648 | Audra L. Purdy<br>678-404-5539 | Professional Services | | | | Unknown |
| 2 | Allen Matkins<br>865 S. Figueroa St., Ste. 2800<br>Los Angeles, CA | Mike Farrell<br>mfarrell@allenmatkins.com | Professional Services | | | | Unknown |
| 3 | Berkeley Research Group LLC<br>550 Gioe St., Ste. 2150<br>Los Angeles, CA 90071 | Dave M. Johnson<br>510-285-3300 | Professional Services | | | | Unknown |
| 4 | BPM LLP<br>2001 N. Main St., Ste. 360<br>Walnut Creek, CA 94596 | Dave Jorgensen<br>714-558-3236 | Professional Services | | | | Unknown |
| 5 | Capitol Corporate Services, Inc.<br>L-4361<br>Columbus, OH 43260 | Lo Saechao<br>lsaechao@capitolservices.com | Professional Services | | | | Unknown |
| 6 | Corporate Filings LLC<br>30 N. Gould St., Ste. 7001<br>Sheridan, WY 82801 | Riley Park<br>307-459-6380 | Professional Services | | | | Unknown |
| 7 | CS Disco, Inc.<br>111 Congress Ave., Ste. 900<br>Austin, TX 78701 | Michael Lafair<br>support@csdisco.com | Professional Services | | | | Unknown |
| 8 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0511 | Malia M. Cohen<br>1-800-852-5711 | Tax | | | | Unknown |

Debtor MOM CA Investco LLC
Name

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084 | Kimberly Taylor<br>949-224-1810 | Professional Services | | | | Unknown |
| 10 | Judicate West<br>1851 E. First St., Ste. 1600<br>Santa Ana, CA 92705 | Nicole Sammartino King<br>714-534-1340 | Professional Services | | | | Unknown |
| 11 | Kendall Brill & Kelly LLP<br>10100 Santa Monica Blvd., Ste. 1725<br>Los Angeles, CA 90067 | Richard Kendall<br>310-556-2700 | Professional Services | | | | Unknown |
| 12 | Marula Capital Group LLC<br>1901 Avenue of the Stars, Ste. 200<br>Los Angeles, CA 90067 | Wayne Platt<br>wplatt@marlacap.com | Professional Services | | | | Unknown |
| 13 | Nano Banc<br>7755 Irvine Center Dr. Fl. 3<br>Irvine, CA 92618 | Max Predergast<br>mprendergrast@nanobanc.com | Bank loans | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 14 | Prenovost, Normandin, Dawe & Rocha<br>2122 N. Broadway, Ste. 200<br>Santa Ana, CA 92706 | Jan Wade<br>jwade@pnbd.com | Professional Services | | | | Unknown |
| 15 | Regal Court Reporters<br>1551 N. Tustin Ave. # 750<br>Santa Ana, CA 92705 | Marissa Halo<br>714-634-4126 | Professional Services | | | | Unknown |
| 16 | Sandline Discovery, LLC<br>105 N. Virginia Ave., Ste. 302<br>Falls Church, VA 22046 | Cara Lemire<br>571-888-3366 | Professional Services | | | | Unknown |
| 17 | SETEC Investigations<br>145 S. Fairfax Ave., Ste. 200<br>Los Angeles, CA 90036 | Todd Stefan<br>800-748-5440 | Professional Services | | | | Unknown |
| 18 | Wayne Platt<br>12180 Greenock Ln.<br>Los Angeles, CA 90049 | Wayne Platt<br>wplatt@marlacap.com | Professional Services | | | | Unknown |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name MOM CA Investco LLC

United States Bankruptcy Court for the: ______________ District of Delaware (State)

Case number (*If known*): ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- x *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- x Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2025
MM / DD / YYYY

✕ */s/ Deba Shyam*
Signature of individual signing on behalf of debtor

Deba Shyam
Printed name

Manager of MOM CA Manager LLC, sole Managing Manager of MOM CA Investco LLC
Position or relationship to debtor

# EXHIBIT 5

## Donell
## October 13, 2025 Letter

EXHIBIT 5 - Page 57

FedReceiver, Inc.
state and federal court receivers | A privately held California corporation

Stephen J. Donell
Receiver
12121 Wilshire Boulevard, Suite 710 | Los Angeles, CA 90025
Telephone: 310.207.8481 | Facsimile: 310.207.3483
www.fedreceiver.com
Broker License # 01295754
Email: Steve.Donell@fedreceiver.com

**SENT VIA EMAIL: mfarrell@allenmatkins.com**

October 13, 2025

Michael Farrell, Esq.
Allen Matkins et al LLP
865 S Figueroa Street, Suite 2800
Los Angeles, CA 90017-2795

**RE: Laguna Beach Receivership Estate**
**Case No. 30-2025-01504281-CU-BC-CJC**
**Enterprise Bank & Trust v. 777 at Laguna, LLC, et al.**

Mr. Farrell:

As you know, on October 8, 2025, I was appointed as Receiver in the above referenced matter pursuant to the Order Appointing Receiver and Granting Preliminary Injunction in Support of Order Appointing Receiver (the "Order") over the following properties:

1. 729 Ocean Front, Laguna Beach, CA 92651
2. 683 Sleepy Hollow Ln, Laguna Beach, CA 92651
3. 694 N. Coast Hwy, Laguna Beach, CA 92651
4. 775 Laguna Canyon Rd, Laguna Beach, CA 92651
5. 891 Laguna Canyon Rd, Laguna Beach, CA 92651
6. 805-859 Laguna Canyon Rd, Laguna Beach, CA 92651
7. 777 Laguna Canyon Rd, Laguna Beach, CA 92651
8. 305-397 North Coast Hwy, Laguna Beach, CA 92651
9. 689 Sleepy Hollow Ln, Laguna Beach, CA 92651
10. 151-153 Cedar Way, Laguna Beach, CA 92651
11. 150-154 Cliff Dr, Laguna Beach, CA 92651

In accordance with the Order, please have your clients provide me with the following information, documentation, and funds pertaining to the above referenced properties as soon as possible:

1. Fire and liability insurance policies, as well as name, address and telephone number of the insurance agent.

2. Copies of any licenses or permits.

3. Current resident/tenant contact information and rent rolls reflecting names, rent rates, outstanding balances, schedule of refundable security deposits and lease

commencement and expiration dates.

4. Resident/tenant ledgers through October 2025. Please make sure to include any rents received in October 2025.

5. A list of any unlawful detainers which may currently be in process and the name, address, and telephone number of the attorney handling the action.

6. Copies of all property tax bills.

7. Vendor contracts. This includes, but is not limited to, service contracts, management agreements, and any other agreements with third-party vendors.

8. Copies of financial reports for the last twelve (12) months.

9. All refundable resident/tenant and utility security deposits. All property funds on hand. Please make the check payable to Laguna Beach Receivership Estate.

10. Copies of any notices received from city, county, or other government agencies which pertain to the properties.

11. Complete lease files including any correspondence to and from residents/tenants. This includes, but is not limited to, letters regarding repairs, complaints, and notices to vacate.

12. All property keys and alarm codes.

13. Property plans and specifications.

14. A list of all bank accounts where property related funds are on deposit, plus copies of all bank statements for the twelve months prior to the date of the Order.

15. Bids for pending work to be performed at the properties. Please list any ongoing projects and any maintenance issues.

Please note that Mo Honarkar and Eric Bostwick provided a limited rent roll and we are still waiting for their notes regarding tenancy. Thank you in advance for your cooperation.

Sincerely,

Steve Donell
Receiver

Cc: Michael Bubman, Esq. via email mbubman@mbn.law

Main Document Page 60 of 61

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Auriel Streit in Support of Debtors **SUPPLEMENTAL DECLARATION OF STEPHEN J. DONELL IN SUPPORT OF MOTION FOR RELIEF FROM TURNOVER UNDER AND COMPLIANCE WITH 11 U.S.C. § 543 BY RECEIVER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*)__________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 12, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson (via Messenger)
United States Bankruptcy Court
411 W Fourth St., Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 12, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

In re DUPLEX AT SLEEPY HOLLOW, LLC – Jointly Administered Lead Case No. 8:25-bk-12892-SC

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Petitioning Creditors Coastline Santa Monica Investments, LLC, Specialty DIP LLC, Vierergruppe Management Inc., and Jennifer Lovelace: **David R. Haberbush**: dhaberbush@lbinsolvency.com; ahaberbush@lbinsolvency.com; abostic@lbinsolvency.com; vhaberbush@lbinsolvency.com; haberbush.assistant@gmail.com; jborin@lbinsolvency.com; lbogard@lbinsolvency.com
- Courtesy NEF/Interested Party: **Michael E Bubman**: mbubman@mbn.law; aacosta@mbnlawyers.com
- Courtesy NEF/Interested Party: **Steven T Gubner**: sgubner@bg.law; ecf@bg.law
- Courtesy NEF/Interested Party: **Sam Maralan**: sm@maralanlaw.com
- Attorneys for Creditor Enterprise Bank & Trust: **Alan I Nahmias**: anahmias@mbn.law; jdale@mbn.law
- Courtesy NEF/Interested Party: **David L Prince**: dlp@redchamber.com
- Attorneys for Receiver Stephen J. Donell: **David B Zolkin**: dzolkin@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- US Trustee (SA): ustpregion16.sa.ecf@usdoj.gov; **Kristin T Mihelic**: Kristin.t.mihelic@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**