1  HABERBUSH, LLP
   DAVID R. HABERBUSH, ESQ., SBN 107190
2  VANESSA. M. HABERBUSH, ESQ., SBN 287044
   LANE K. BOGARD, ESQ., SBN 306972
3  444 West Ocean Boulevard, Suite 1400
   Long Beach, CA 90802
4  Telephone: (562) 435-3456
   Facsimile:  (562) 435-6335
5  E-mail: dhaberbush@lbinsolvency.com

6  Attorneys for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re<br><br>Duplex At Sleepy Hollow, LLC,<br><br>Alleged Debtor and<br>Debtor-in-Possession<br><br>☐ Affects Duplex at Sleepy Hollow, LLC<br>☐ Affects 777 at Laguna, LLC<br>☐ Affects Cliff Drive Properties DE, LLC<br>☐ Affects Laguna Festival Center, LLC<br>☐ Affects 694 NCH Apartments, LLC<br>■ Affects Retreat at Laguna Villas, LLC<br>☐ Affects 891 Laguna Canyon Road, LLC<br>☐ Affects Heisler Laguna, LLC<br>☐ Affects Sunset Cove Villas, LLC<br>☐ Affects Laguna Arts District Complex, LLC<br>☐ Affects All Debtors | Case No. 8:25-bk-12892-SC<br><br>**Involuntary Chapter 11**<br><br>(Jointly Administered with Case Nos. 8:25-bk- 12893-SC; 8:25-bk- 12894-SC; 8:25-bk- 12895-SC; 8:25-bk- 12896-SC; 8:25-bk- 12898-SC; 8:25-bk- 12899-SC; 8:25-bk- 12900-SC; 8:25-bk- 12901-SC and 8:25-bk- 12902-SC)<br><br>**PROOF OF SERVICE OF (1) INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL; AND (2) SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE FILED IN CASE IN RE RETREAT AT LAGUNA VILLAS, LLC, STYLED BANKRUPTCY CASE NO. 8:25-bk-12898-SC**<br><br>**Status Conference Date**<br>Date: December 9, 2025<br>Time: 11:00 AM<br>Place: Courtroom 5C<br>411 W. 4th Street,, Santa Ana, CA 92701 |

THIS DOCUMENT PREPARED ON RECYCLED PAPER

Case 8:25-bk-12898-SC    Doc 5    Filed 10/17/25    Entered 10/17/25 16:15:50    Desc
Main Document    Page 1 of 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David R Haberbush - Bar No. 107190<br>444 W Ocean Boulevard, Suite 1400<br>Long Beach, CA 90802<br>Phone No.: (562) 435-3456<br>Fax No.: (562) 435-6335<br>Email: dhaberbush@lbinsolvency.com<br><br>☑ Attorney for Petitioning Creditor(s)<br>☐ Petitioning Creditor(s) appearing without attorney | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ▼ ||
| In re:<br><br>RETREAT AT LAGUNA VILLAS, LLC,<br><br><br><br>Debtor(s). | CASE NO.:8:25-bk-12898-SC<br>CHAPTER: 11  ▼<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on __10/15/2025__ in this bankruptcy court praying for the entry of an order for relief against you under chapter __11__ of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| **Hearing Date:** 12/9/2025<br>**Time:** 11:00 am<br>**Courtroom:** 5C | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☑ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus 3 additional days if you were served by mail. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address stated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                              F 1010-1.SUMMONS.INVOL

**TO THE DEBTOR:**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S)**:

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date: 10/17/2025

By: /s/ Nickle Bolte  *Nickie Bolte*
Deputy Clerk

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **(1) INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL; AND (2) SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 24, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Retreat at Laguna Villas, LLC
c/o Chris Johnson
2108 N St, Suite C
Sacramento, CA 95816

Retreat at Laguna Villas, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 13, 2025 | Alexander S. Bostic | /s/ Alexander S. Bostic |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **PROOF OF SERVICE OF (1) INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL; AND (2) SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE FILED IN CASE IN RE RETREAT AT LAGUNA VILLAS, LLC, STYLED BANKRUPTCY CASE NO. 8:25-bk- 12898-SC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **David R Haberbush**   dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Sam Maralan**   sm@maralanlaw.com
- **Kristin T Mihelic**   kristin.t.mihelic@usdoj.gov
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **David L Prince**   dlp@redchamber.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**   dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **November 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Duplex At Sleepy Hollow, LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 13, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Scott C. Clarkson, JUDGE
United States Bankruptcy Court
411 West Fourth Street
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 13, 2025 | Alexander S. Bostic | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**