ORDER No. _____



# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### **TRANSCRIPT ORDER FORM**

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No._____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Jeff Garfinkle _____ Attorney Bar# 153496

Law Firm: Buchalter, APC

Mailing Address: 18400 Von Karman Avenue, Suite 800, Irvine CA 92612-0514

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Laurie Verstegen

Telephone: (949) 224-6405      E-mail: lverstegen@buchalter.com

Bankruptcy Case #: 8:25-bk-12892 _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 11/13/25 _____ Time: 10 am/1pm

Debtor: Duplex at Sleepy Hollow, LLC

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: Scott Clarkson _____ Courtroom #: 5C

**TRANSCRIBER:** Ben Hyatt _____ **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

---

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)    ☐ 3 Days         ☒ Entire Hearing
☐ 14 Days               ☒ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: RUSH _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

---

### **TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: _____)Time Start (Index #): _____ Time End (Index #):_____ Time Start: _____ Time End: _____

(Tape #: _____)Time Start (Index #): _____ Time End (Index #):_____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

---

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote **prior** to transcribing.
*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*